# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HYPERION ENTERTAINMENT C.V.B.A., <br><br> Plaintiff, <br><br> vs. <br><br> ITEC, LLC, a New York limited liability company; AMIGA, INC., a Delaware corporation; AMINO DEVELOPMENT CORPORATION, a Washington corporation; and CLOANTO CORPORATION, a Nevada Corporation <br><br> Defendants. | No. C18-0381 RSM <br><br> STIPULATED MOTION AND ORDER EXTENDING INITIAL SCHEDULING DATES |

STIPULATED MOTION AND ORDER EXTENDING
INITIAL SCHEDULING DATES
CASE No. 2:18-cv-00381

LEE & HAYES, PLLC
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (509) 323-8979

Plaintiff Hyperion Entertainment C.V.B.A. ("Hyperion"), together with Defendant Cloanto Corporation ("Cloanto"), pursuant to LCR 7(d)(1) and LCR 10(g), jointly move the Court for its Order extending, by approximately two months, the Initial Scheduling Dates in the Court's Order (Doc. 6) Regarding Initial Disclosures etc. Proposed new dates are set forth below.

Hyperion and Cloanto jointly advise the Court that to date, they are the only parties to have appeared in this action. None of the Defendants have yet been served, though Plaintiff has requested that every Defendant waive service as provided by FRCP 4(d). Hyperion and Cloanto advise the Court of their understanding that all Defendants are considering waiver of service and intend to propose a common deadline for all Defendants to answer or otherwise respond to Hyperion's Amended Complaint.

Hyperion and Cloanto also advise the Court that they have met and conferred as provided by LCR 42(b) regarding consolidation of this action with Civil Action No. 2:18-cv-00535-JLR, *Cloanto Corporation v. Hyperion C.V.B.A.*, transferred to this District from the Northern District of New York by order dated April 11, 2018. Plaintiff has proposed consolidation to counsel who may appear for the remaining Defendants. Extension of case deadlines in this matter will facilitate further conference about consolidation with those Defendants who have not yet appeared.

Thus, for the reasons set forth above, Hyperion and Cloanto move that the Court extend the Initial Scheduling Dates in this matter as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 6/29/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 7/6/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) And Local Civil Rule 26(f) | 7/13/2018 |

STIPULATED MOTION AND ORDER EXTENDING
INITIAL SCHEDULING DATES - 1
CASE NO. 2:18-CV-00381

LEE & HAYES, PLLC
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (509) 323-8979

Respectfully submitted this 26th day of April, 2018.

By: s/ Robert J. Carlson

Robert J. Carlson, WSBA 18455
Rhett V. Barney, WSBA 44764
Sarah E. Elsden, WSBA 51158
Lee & Hayes, PLLC
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (509) 323-8979
Email:     Bob@leehayes.com
Email:     RhettB@leehayes.com
           Sarah.Elsden@leehayes.com

Attorneys for Plaintiff

By:   s/ Michael G. Atkins

Michael G. Atkins, WSBA 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Telephone: (206) 628-0983
Email:     mike@atkinsip.com

Attorneys for Defendant Cloanto Corporation

**SO ORDERED** this 27th day of April 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER EXTENDING
INITIAL SCHEDULING DATES - 2
CASE NO. 2:18-CV-00381

LEE & HAYES, PLLC
701 Pike Street, Ste. 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (509) 323-8979