UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HYPERION ENTERTAINMENT CVBA, | CASE NO. C18-381RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ITEC, LLC *et al.*, | |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On July 23, 2018, Defendant Cloanto Corporation filed a motion to dismiss Plaintiff's claims, noting the motion for August 17, 2018. Dkt. #18. Following Plaintiff's response (Dkt. #21), Defendant filed a reply indicating that "in view of circumstances arising since the filing of [Defendant's] Motion on July 23, 2018, [Defendant] hereby withdraws its Motion to Dismiss." Dkt. #26 at 2. Accordingly, the Court directs the Clerk to remove Defendant Cloanto Corporation's Motion to Dismiss the First Amended Complaint and Request for Judicial Notice (Dkt. #18) from the Court's motions calendar.

Dated this 22 day of August, 2018.

WILLIAM McCOOL, Clerk
By: /s/ Paula McNabb
Deputy Clerk

ORDER – 1