UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535)<br><br>**ORDER FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |
| HYPERION ENTERTAINMENT CVBA<br><br>Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counter-Defendants. | |

Based on the stipulation of the Parties, the Court finds good cause exists to grant the Parties' request to reorganize the Parties' positions to reflect Cloanto Corporation, Amiga, Inc., Itec, LLC, and Amino Development Corporation as Plaintiffs, and Hyperion Entertainment CVBA as Defendant. The Court further grants Plaintiffs leave to file their proposed Second Amended Complaint, Dkt. #44-2. Hyperion Entertainment CVBA shall respond to Plaintiffs' Second Amended Complaint within 14-days after service thereof, but no earlier than January 4, 2019.

IT IS SO ORDERED.

Dated this 28th day of December, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE