THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, a Nevada corporation; AMIGA, INC., a Delaware corporation; ITEC, LLC, a New York limited liability company; AMINO DEVELOPMENT CORPORATION, a Washington corporation<br><br>Plaintiffs,<br><br>vs.<br><br>HYPERION ENTERTAINMENT C.V.B.A.,<br><br>Defendant.<br><br>HYPERION ENTERTAINMENT C.V.B.A.,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>CLOANTO CORPORATION, a Nevada corporation; AMIGA, INC., a Delaware corporation; ITEC, LLC, a New York limited liability company; AMINO DEVELOPMENT CORPORATION, a Washington corporation<br><br>Counter-Defendants. | No. 2:18-cv-00381-RSM<br>(consolidated with 2:18-cv-0535)<br><br>STIPULATED MOTION TO EXTEND TRIAL DATE AND RELATED DEADLINES |

STIPULATED MOTION TO EXTEND TRIAL DATE AND
RELATED DEADLINES
2:18-cv-00381-RSM

LEE & HAYES, P.C.
701 Pike Street, Suite 1600
Seattle, Washington 98101
Telephone: (206) 315-4001 Fax: (206) 315-4004

Plaintiffs/Counter-Defendants Cloanto Corporation, Amiga, Inc., Amino Development Corporation, and ITEC, LLC ("Plaintiffs") together with Defendant/Counterclaim Plaintiff Hyperion Entertainment C.V.B.A. ("Defendant") (collectively, the "Parties")), pursuant to LCR 7(d)(1) and LCR 10(g), jointly move the Court for an order extending, by approximately four months, the dates in the Court's Order Setting Trial Date and Related Dates (Dkt. #32). Additional time is needed to complete discovery given the procedural posture of this consolidated action, the complex nature of the pending claims and counterclaims, the complexity and difficulty in working with international parties, a pending procedural action in the European Union involving Hyperion's corporate status, and the effect of the Court's recent decisions (Dkt. #s 68-69) on Defendant's Motion to Dismiss in Part Plaintiffs' Second Amended Complaint (Dkt. # 52) and Plaintiffs' Motion to Extend Deadlines in Scheduling Order to Permit Plaintiffs to File a Third Amended Complaint (Dkt. #s 56-57).

On or around December 29, 2018, Plaintiffs filed a Second Amended Complaint to reorganize the Parties' positions to reflect Cloanto Corporation, Amiga, Inc., Itec, LLC, and Amino Development Corporation as Plaintiffs, and Hyperion Entertainment CVBA as Defendant. Dkt. #46. Thereafter, Defendant moved to dismiss three of Plaintiffs' claims on various grounds. Dkt. #52. On May 16, 2019, the Court granted in part and denied in part Defendant's Motion to Dismiss. Dkt. #69. Accordingly, on May 30, 2019, Defendant timely filed its Answer to Plaintiffs' Second Amended Complaint and Counterclaims. Dkt. # 70. Plaintiffs' reply to Defendant's counterclaims is due on June 20, 2019. *See* Fed. R. Civ. P. 12(a)(1)(B).

The Court's Order Setting Trial Date and Related Dates (Dkt. #32) provides deadlines for the Parties to disclose expert testimony, file discovery motions, complete discovery, file dispositive motions, and complete other pretrial deadlines. However, given the effect of the Court's recent orders (Dkt. #s 68-69) and the resulting procedural posture of this consolidated action, the Parties respectfully request the Court reschedule certain remaining discovery and pretrial deadlines. Further, Hyperion is involved in a legal proceeding in the European Union that

STIPULATED MOTION TO EXTEND TRIAL DATE AND
RELATED DEADLINES - 1
2:18-cv-00381-RSM

LEE & HAYES, P.C.
701 Pike Street, Suite 1600
Seattle, Washington 98101
Telephone: (206) 315-4001 Fax: (206) 315-4004

is expected to conclude toward the end of June 2019. The proceeding centers on whether Hyperion may continue as a legal entity in Belgium.

The Parties jointly submit there is good cause to extend the deadlines recited below to allow the Parties to proceed with and complete discovery following Plaintiffs' reply to Defendant's counterclaims on June 20, 2019. The Parties have been and continue to engage in discovery in good faith. The Parties have exchanged documents and disclosures of witnesses. The Parties have also engaged in written fact discovery and anticipate scheduling depositions of certain Fed. R. Civ. P. 30(b)(6) and percipient witnesses during August 2019 in Seattle—dates that the Parties have been actively working towards for several months. The Parties also anticipate participating in a settlement conference in August, following those depositions.

Currently, the discovery completion deadline is August 12, 2019. A short four-month extension of the remaining deadlines is necessary to complete these depositions and to allow the Parties to engage in any additional third party and fact discovery thereafter.

On February 28, 2019, Plaintiffs sought to modify the Court's Order to permit Plaintiffs to file a third amended complaint. Dkt. #56. The Court denied Plaintiffs' Motion. Dkt. #65. The Parties' current request does not include a request for leave to add new parties, to amend claims, or to extend expert disclosures. Instead, the Parties jointly respectfully request the Court extend the following:

| **Deadline/Event** | **Current** | **Proposed** |
|---|---|---|
| Disclosure for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | 07/12/2019 | 11/08/2019 |
| Discovery completed by | 08/12/2019 | 12/10/2019 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | 09/10/2019 | 01/08/2020 |

STIPULATED MOTION TO EXTEND TRIAL DATE AND
RELATED DEADLINES - 2
2:18-cv-00381-RSM

LEE & HAYES, P.C.
701 Pike Street, Suite 1600
Seattle, Washington 98101
Telephone: (206) 315-4001 Fax: (206) 315-4004

| | | |
|---|---|---|
| Mediation per LCR 39.1(c)(3), if requested, held no later than | 10/25/2019 | 02/21/2020 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | 11/12/2019 | 03/11/2020 |
| Agreed pretrial order due | 11/27/2019 | 03/26/2020 |
| Pretrial conference to be scheduled by the Court | | |
| Trial brief, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | 12/04/2019 | 04/02/2020 |

The Parties' joint request is not sought for purposes of delay. Rather, because of the procedural posture of this consolidated action following the reorientation of the Parties' positions, the complex nature of the claims and counterclaims at issue, and this Court's recent decisions, the Parties believe a four-month extension is necessary to effectively complete remaining discovery and pretrial deadlines.

As such, the Parties respectfully request the Court extend the remaining deadlines in the Court's Order Setting Trial Date and Related Deadlines.

Respectfully submitted this 12th day of June, 2019.

| | |
|---|---|
| By: s/ Gordon E.R. Troy | By: s/ Robert J. Carlson |
| Gordon E. R. Troy | Robert J. Carlson, WSBA 18455 |
| Pro Hac Vice | Lee & Hayes, PC |
| Gordon E. R. Troy, PC | 701 Pike Street, Ste. 1600 |
| 5203 Shelurne Road | Seattle, WA 98101 |
| Shelburne, VT 05482 | Tel.: (206) 315-4001 |
| Tel.: (802) 881-0640 | Fax: (509) 323-8979 |
| Fax: (610) 588-1962 | Bob@leehayes.com |
| gtroy@webtm.com | *Attorneys for Hyperion Entertainment C.V.B.A.* |

STIPULATED MOTION TO EXTEND TRIAL DATE AND RELATED DEADLINES - 3
2:18-cv-00381-RSM

LEE & HAYES, P.C.
701 Pike Street, Suite 1600
Seattle, Washington 98101
Telephone: (206) 315-4001 Fax: (206) 315-4004

*and*

By: s/ Michael G. Atkins
Michael G. Atkins, WSBA# 26026Atkins
Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel.: (206) 628-0983
Fax: (206) 299-3701
mike@atkinsip.com
*Attorneys for Cloanto Corporation, Amiga, Inc., Itec, LLC, and Amino Development Corporation*

*and*

By: s/ Sarah E. Elsden
Sarah E. Elsden, WSBA 51158
Rhett V. Barney, WSBA 44764
Lee & Hayes, PC
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Tel.: (509) 324-9256
Fax: (509) 323-8979
Sarah.Elsden@leehayes.com
RhettB@leehayes.com

IT IS SO ORDERED. It is further ORDERED that this case be assigned a new trial date of April 13, 2020.

DATED this 18 day of June, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TRIAL DATE AND
RELATED DEADLINES - 4
2:18-cv-00381-RSM

LEE & HAYES, P.C.
701 Pike Street, Suite 1600
Seattle, Washington 98101
Telephone: (206) 315-4001 Fax: (206) 315-4004