The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535)<br><br>STIPULATED MOTION TO EXTEND TRIAL DATE AND RELATED DEADLINES |
| HYPERION ENTERTAINMENT CVBA<br><br>Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counterclaim Defendants. | |

Plaintiffs/Counter-Defendants Cloanto Corporation, Amiga, Inc., Amino Development Corporation, and Itec, LLC ("Plaintiffs"), together with Defendant/Counterclaim Plaintiff

STIPULATED MOTION TO EXTEND TRIAL DATES AND
RELATED DEADLINES
Case No. 2:18-cv-00381
Page | 1

GORDON E. R. TROY PC
5203 Shelburne Road
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962

Hyperion Entertainment CVBA ("Defendant") (collectively the "Parties"), pursuant to LCR 7(d)(1) and LCR 10(g), jointly move the Court for an order extending, by approximately one hundred twenty (120) days, the dates in the Court's Order of June 18, 2019, granting the Parties' Stipulated Motion to Extend Trial Date and Related Deadlines (Dkt. No. 73.) The Parties submit there is good cause to further modify the current case schedule, for the reasons set forth below.

The Parties are engaged in substantial and earnest settlement discussions to resolve all matters between them, including those at issue in C-A Acquisition Corp. and Cloanto Corporation v. Hyperion Entertainment CVBA, Case No. 19−cv−00683−RSM (the "C-A Acquisition Litigation"). The Parties' discussions have included meetings both in person and via Skype, and they have exchanged drafts of points for settlement. However, given that the issues at stake and the market for the Parties' respective products are more complex than those which existed in the 2007 litigation, the Parties require additional time to come to agreement in fine detail, with the intention to avoid any future litigation over the Parties' respective scope of rights and reservations, and any potential future issues that may arise.

The Court's Order of June 18, 2019 (Dkt. No. 73) provided deadlines for the Parties to file discovery motions, complete discovery, file dispositive motions, and complete other pretrial obligations. Given the above, however, the Parties respectfully request that the Court reschedule the aforesaid discovery and pretrial deadlines as further detailed below.

The Parties jointly submit that there is good cause to extend the deadlines as provided below to allow the Parties to devote their time and resources to settlement discussions. Without an extension, the Parties would be required instead to allot significant resources to discovery including depositions currently set for late October. That would involve several witnesses traveling from Europe to Seattle for multiple depositions, plus attorney time and the cost for counsel to travel to Seattle to participate. If settlement results from the Parties' continued discussions, the Parties will avoid those fees and costs altogether. As the settlement negotiations

STIPULATED MOTION TO EXTEND TRIAL DATES AND RELATED DEADLINES
Case No. 2:18-cv-00381
Page | 2

GORDON E. R. TROY PC
5203 Shelburne Road
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962

have continued, the Parties have simultaneously been and continue to engage in written discovery in good faith by exchanging documents, providing an expert report (in the case of Plaintiffs) and an expert rebuttal (in the case of Defendant). Although Plaintiffs recently filed a Motion to Compel, Plaintiffs have agreed to withdraw that Motion in recognition of Defendant's additional productions and continued commitment to fulfilling its discovery obligations in good faith. The Parties further anticipate rescheduling depositions after the new year, but are optimistic they can achieve an agreement to settle before then. Accordingly, the Parties respectfully request that the Court extend the remaining deadlines as follows:

| **Deadline/Event** | **Current** | **Proposed** |
|---|---|---|
| Disclosure for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | 11/8/2019 | 3/6/2020 |
| Discovery completed by | 12/10/2019 | 4/8/2020 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | 1/8/2020 | 5/7/2020 |
| Mediation per LCR 39.1(c)(3), if requested held no later than | 2/21/2020 | 6/19/2020 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | 3/11/2020 | 7/9/2020 |
| Agreed pretrial order due | 3/26/2020 | 7/24/2020 |
| Pretrial conference to be scheduled by the Court | | |
| Trial brief, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | 4/2/2020 | 7/31/2020 |

The Parties' joint request is not sought for purposes of delay. Rather, due to the complexity of the issues for settlement, the Parties believe that a one hundred twenty (120) day extension is necessary to afford the Parties the opportunity to settle all issues

STIPULATED MOTION TO EXTEND TRIAL DATES AND RELATED DEADLINES
Case No. 2:18-cv-00381
Page | 3

**GORDON E. R. TROY PC**
5203 Shelburne Road
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962

raised in this litigation and the C-A Acquisition Litigation, as well as any potential issues that may arise in the future.

Respectfully submitted this 4th day of October 2019.

| By /s/ Gordon E. R. Troy | By: s/ Robert J. Carlson |
|---|---|
| Gordon E. R. Troy | Robert J. Carlson, WSBA 18455 |
| *Pro Hac Vice* | Lee & Hayes, PC |
| Gordon E. R. Troy, PC | 701 Pike Street, Suite 1600 |
| 5203 Shelburne Road | Seattle, WA 98101 |
| Shelburne, VT 05482 | Tel.: (206) 315-4001 |
| Tel.: (802) 881-0640 | Fax: (509) 323-8979 |
| Fax: (610) 588-1962 | Bob@leehayes.com |
| gtroy@webtm.com | |
| By /s/ Michael G. Atkins | By: s/ Sarah E. Elsden |
| Michael G. Atkins, WSBA# 26026 | Sarah E. Elsden, WSBA 51158 |
| Atkins Intellectual Property, PLLC | Rhett V. Barney, WSBA 44764 |
| 113 Cherry Street #18483 | Lee & Hayes, PC |
| Seattle, WA 98104-2205 | 701 Pike Street, Suite 1600 |
| Tel.: (206) 628-0983 | Seattle, WA 98101 |
| Fax: (206) 299-3701 | Tel.: (509) 324-9256 |
| mike@atkinsip.com | Fax: (509) 323-8979 |
| | Sarah.Elsden@leehayes.com |
| | RhettB@leehayes.com |
| *Attorneys for Cloanto Corporation, Amiga, Inc., Amino Development Corporation, and Itec, LLC* | *Attorneys for Hyperion Entertainment CVBA* |

**SO ORDERED, the new Trial Date is 8/3/2020.**

DATED this 8 day of October 2019

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TRIAL DATES AND
RELATED DEADLINES
Case No. 2:18-cv-00381
Page | 4

**GORDON E. R. TROY PC**
5203 Shelburne Road
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962