**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CLOANTO CORPORATION, a Nevada corporation; AMIGA, INC., a Delaware corporation; ITEC, LLC, a New York limited liability company; AMINO DEVELOPMENT CORPORATION, a Washington corporation<br><br>Plaintiffs,<br><br>vs.<br><br>HYPERION ENTERTAINMENT C.V.B.A.,<br><br>Defendant. | No. 2:18-cv-00381-RSM (consolidated with 2:18-cv-0535)<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COURT'S ORDER TO SHOW CAUSE |
| HYPERION ENTERTAINMENT C.V.B.A.,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>CLOANTO CORPORATION, a Nevada corporation; AMIGA, INC., a Delaware corporation; ITEC, LLC, a New York limited liability company; AMINO DEVELOPMENT CORPORATION, a Washington corporation<br><br>Counter-Defendants. | |

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COURT'S ORDER TO SHOW CAUSE
2:18-cv-00381-RSM

LEE & HAYES, P.C.
701 Pike Street, Suite 1600
Seattle, Washington 98101
Telephone: (206) 315-4001 Fax: (206) 315-4004

Plaintiffs/Counter-Defendants Cloanto Corporation ("Cloanto"), Amiga, Inc., Amino Development Corporation, and ITEC, LLC together with Defendant/Counterclaim Plaintiff Hyperion Entertainment C.V.B.A. ("Hyperion"), pursuant to LCR 7(d)(1) and LCR 10(g), jointly move the Court for an order extending the parties' respective responses to the Court's Order to Show Cause (Dkt. #83) by one-week to Friday, February 7, 2020.[1]

Business representatives of Hyperion, Cloanto, and C-A Acquisitions, Inc. have been engaged in several days of intensive face-to-face settlement discussions in Europe geared toward a global resolution of all claims, including the claims alleged in Case No. 19-cv-00683-RSM. Hyperion, Cloanto, and C-A Acquisitions, Inc. are finalizing changes to a negotiated term sheet, which they anticipate will soon be executed.

The Parties' joint request is not sought for purposes of delay. Rather, because it is likely the Parties will soon resolve this case and Case No. 19-cv-00683-RSM, the Parties believe a short one-week extension to respond to the Court's Order is necessary, if a settlement is not reached by then, to conserve judicial economy and promote efficiencies.

As such, the Parties respectfully request the Court extend the date of the Parties' respective responses to Friday, February 7, 2020.

Respectfully submitted this 31st day of January, 2020.

By: s/ Gordon E.R. Troy
Gordon E. R. Troy
Pro Hac Vice
Gordon E. R. Troy, PC
5203 Shelurne Road
Shelburne, VT 05482
Tel.: (802) 881-0640
Fax: (610) 588-1962
gtroy@webtm.com

and

By: s/ Robert J. Carlson
Robert J. Carlson, WSBA 18455
Lee & Hayes, PC
701 Pike Street, Ste. 1600
Seattle, WA 98101
Tel.: (206) 315-4001
Fax: (509) 323-8979
Bob@leehayes.com

and

---

[1] Plaintiffs/Counter-Defendants and Hyperion are collectively referred to as the "Parties".

STIPULATED MOTION TO EXTEND TRIAL DATE AND
RELATED DEADLINES - 1
2:18-cv-00381-RSM

LEE & HAYES, P.C.
701 Pike Street, Suite 1600
Seattle, Washington 98101
Telephone: (206) 315-4001 Fax: (206) 315-4004

By: s/ Michael G. Atkins
Michael G. Atkins, WSBA# 26026Atkins
Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel.: (206) 628-0983
Fax: (206) 299-3701
mike@atkinsip.com

*Attorneys for Cloanto Corporation, Amiga, Inc., Itec, LLC, and Amino Development Corporation*

By: s/ Sarah E. Elsden
Sarah E. Elsden, WSBA 51158
Rhett V. Barney, WSBA 44764
Lee & Hayes, PC
601 W. Riverside Ave., Ste. 1400
Spokane, WA 99201
Tel.: (509) 324-9256
Fax: (509) 323-8979
Sarah.Elsden@leehayes.com
RhettB@leehayes.com

*Attorneys for Hyperion Entertainment C.V.B.A.*

**SO ORDERED** this 31st day of January 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TRIAL DATE AND RELATED DEADLINES - 2
2:18-cv-00381-RSM

LEE & HAYES, P.C.
701 Pike Street, Suite 1600
Seattle, Washington 98101
Telephone: (206) 315-4001 Fax: (206) 315-4004