UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, *et al.*, | Case No. C18-381 RSM |
| Plaintiffs, | ORDER RE: ORDER TO SHOW CAUSE |
| v. | |
| HYPERION ENTERTAINMENT CVBA, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. On January 17, 2020, the Court issued an Order to Show Cause seeking answers to procedural questions related to the parallel action in Case No. 19-cv-00683-RSM. Dkt. #83. The Court reviewed the procedural history of these cases and stated that it "does not see how it can proceed in both cases simultaneously as rulings in one may adversely affect the other." *Id*. The parties were asked 1) why these cases should or should not be consolidated and 2) why Case No. 19-cv-00683-RSM should or should not be stayed pending the resolution of the instant action.

The parties each believe these cases should not be consolidated for their own different reasons. *See* Dkts. #86 and #87. The Court agrees that consolidation is not a viable solution, particularly given the vastly different procedural postures of the two cases.

ORDER RE: ORDER TO SHOW CAUSE - 1

In answer to the second question, Defendant Hyperion states that the parties are actively engaged in settlement discussions and that staying Case No. 19-cv-00683-RSM could 1) allow the parties to resolve both cases outside the courtroom, 2) reduce the chance of delaying the instant matter, and 3) avoid the Court reaching inconsistent results. Dkt. #87. Plaintiffs, on the other hand, state that the instant matter is "a long way from being resolved" and that granting default judgment in Case No. 19-cv-00683-RSM would "resolve two crucial factual issues that significant simplify the [instant] litigation." Dkt. #86 at 5.

Plaintiffs believe that Defendant Hyperion's default in Case No. 19-cv-00683-RSM means that certain issues in this case need not be further litigated. The Court disagrees. Defendant Hyperion's default in the other matter does not automatically resolve factual issues in this pending case. The Court would prefer to resolve factual and legal issues on the merits and to avoid inconsistent rulings. Plaintiffs have not offered any other satisfactory reason to permit these two cases to continue simultaneously. Because the instant matter is so far along procedurally, the Court finds that Case No. 19-cv-00683-RSM can be stayed without significantly prejudicing any party and the Court will do so by separate order.

Finally, Plaintiffs request the Court order the parties to participate in alternative dispute resolution. Dkt. #86 at 6. The Court does not believe that such is required at this point, as the parties have recently participated in settlement discussions and can continue to do so voluntarily.

DATED this 12th day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE: ORDER TO SHOW CAUSE - 2