The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>  Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>  Defendant.<br><br>HYPERION ENTERTAINMENT CVBA<br><br>  Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>  Counterclaim Defendants. | Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535)<br><br>**STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DATES BY THREE MONTHS TO FACILITATE SETTLEMENT DISCUSSIONS**<br><br>NOTE ON MOTION CALENDAR: April 24, 2020 |

Stipulated Motion to Continue Trial Date
Case No. 2:18-cv-00381
Page | 1

GORDON E. R. TROY PC
5203 Shelburne Road
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962

**STIPULATION**

Plaintiffs/Counter-Defendants Cloanto Corporation, Amiga, Inc., Amino Development Corporation, and Itec, LLC ("Plaintiffs"), together with Defendant/Counterclaim Plaintiff Hyperion Entertainment CVBA ("Defendant") (collectively, the "Parties"), pursuant to LCR 7(d)(1) and LCR 10(g), jointly move the Court for an order extending, by approximately three months, the dates in the Court's Order of October 8, 2019 (Dkt. No. 82). The Parties submit there is good cause to modify the current case schedule, for the reasons set forth below.

The Parties have resumed substantial and earnest settlement discussions to resolve all of the matters between them, including those at issue in this consolidated proceeding. However, the Parties' principals reside in Belgium and northern Italy, which the COVID-19 crisis has hit particularly hard. The additional time the Parties request will enable them to focus exclusively on trying to settle this dispute without further assistance from this Court. Accordingly, the Parties respectfully request that the Court extend the remaining deadlines as follows:

| **Deadline/Event** | **Current** | **Proposed** |
| --- | --- | --- |
| All dispositive motions must be filed by and Noted on the motion calendar no later than the THIRD Friday thereafter | 05/07/2020 | 08/06/2020 |
| Mediation per LCR 39.1(c)(3), if requested held no later than | 06/19/2020 | 09/18/2020 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | 07/09/2020 | 10/08/2020 |
| Agreed pretrial order due | 07/24/2020 | 10/23/2020 |
| Pretrial conference to be scheduled by the Court | | |
| Trial brief, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | 07/31/2020 | 10/30/2020 |

Stipulated Motion to Continue Trial Date
Case No. 2:18-cv-00381
Page | 2

GORDON E. R. TROY PC
5203 Shelburne Road
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962

The Parties' joint request is not sought for purposes of delay. Rather, due to the complexity of the issues for settlement, coupled by the COVID-19 crisis, the Parties believe that a three-month extension is necessary to afford them the opportunity to settle all issues that may arise in the future.

Respectfully submitted this 24th day of April 2020.

By /s/ Gordon E. R. Troy
Gordon E. R. Troy
*Pro Hac Vice*
Gordon E. R. Troy, PC
5203 Shelburne Road
Shelburne, VT 05482
Tel. (802) 881-0640
gtroy@webtm.com

By /s/ Eric J. Harrison
Eric J. Harrison
5400 California Avenue SW, Suite E
Seattle, WA 98136
Tel. (206) 388-8092
ericjohnharrison@gmail.com

By /s/ Michael G. Atkins
Michael G. Atkins, WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel (206) 628-0983
mike@atkinsip.com

Attorneys for Cloanto Corporation,
Amiga, Inc., Amino Development Corporation,
and Itec, LLC

## ORDER

**SO ORDERED, the new Trial Date is 11/02/2020.**

DATED this 27th day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated Motion to Continue Trial Date
Case No. 2:18-cv-00381
Page | 3

GORDON E. R. TROY PC
5203 Shelburne Road
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Eric J. Harrison ericjohnharrison@gmail.com

    Rhett V Barney RhettB@leehayes.com

    Robert J. Carlson bob@leehayes.com, litigation@leehayes.com,

    ShellyG@leehayes.com and soniav@leehayes.com

    Sarah E. Elsden Sarah.Elsden@leehayes.com, ShellyG@leehayes.com

                        By /s/ Gordon E. R. Troy
                            Gordon E. R. Troy
                            *Pro Hac Vice*
                            Gordon E. R. Troy, PC
                            5203 Shelburne Road
                            Shelburne, VT 05482
                            Tel. (802) 881-0640
                            FAX (610) 588-1962
                            gtroy@webtm.com

Stipulated Motion to Continue Trial Date
Case No. 2:18-cv-00381
Page | 4

**Gordon E. R. Troy PC**
5203 Shelburne Road
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962