The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>    Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>    Defendant.<br><br>HYPERION ENTERTAINMENT CVBA<br><br>    Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>    Counterclaim Defendants. | Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535)<br><br>**STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DATES BY THREE MONTHS TO FACILITATE SETTLEMENT DISCUSSIONS**<br><br>NOTE ON MOTION CALENDAR: October 6, 2020 |

Stipulated Motion to Continue Trial Date
Case No. 2:18-cv-00381
Page | 1

**ATTORNEY WEST SEATTLE, P.S.**
5400 California Ave. SW, Ste. E
Seattle, WA 98136
(206) 388 8092

**STIPULATION**

Defendant/Counterclaim Plaintiff Hyperion Entertainment CVBA ("Defendant"), together with Plaintiffs/Counter-Defendants Cloanto Corporation, Amiga, Inc., Amino Development Corporation, and Itec, LLC ("Plaintiffs") (collectively, the "Parties"), pursuant to LCR 7(d)(1) and LCR 10(g), jointly move the Court for an order extending, by approximately three months, the dates in the Court's Order of July 21, 2020 (Dkt. No. 94). The Parties submit there is good cause to modify the current case schedule, for the reasons set forth below.

The Parties have resumed substantial and earnest settlement discussions to resolve all of the matters between them, including those at issue in this consolidated proceeding. However, the Parties' principals reside in Belgium and northern Italy, which the COVID-19 crisis has hit particularly hard. The additional time the Parties request will enable them to focus exclusively on trying to settle this dispute without further assistance from this Court. Accordingly, the Parties respectfully request that the Court extend the remaining deadlines as follows:

| **Deadline/Event** | **Current** | **Proposed** |
|---|---|---|
| All dispositive motions must be filed by and Noted on the motion calendar no later than the THIRD Friday thereafter | 11/05/2020 | 02/05/2021 |
| Mediation per LCR 39.1(c)(3), if requested held no later than | 12/17/2020 | 03/17/2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | 01/07/2021 | 04/07/2021 |
| Agreed pretrial order due | 01/22/2021 | 04/22/2021 |
| Pretrial conference to be scheduled by the Court | | |
| Trial brief, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | 01/29/2021 | 04/29/2021 |

Stipulated Motion to Continue Trial Date
Case No. 2:18-cv-00381
Page | 2

**ATTORNEY WEST SEATTLE, P.S.**
5400 California Ave. SW, Ste. E
Seattle, WA 98136
(206) 388 8092

The Parties' joint request is not sought for purposes of delay.  Rather, due to the complexity of the issues for settlement, coupled by the COVID-19 crisis, the Parties believe that a three-month extension is necessary to afford them the opportunity to settle all issues that may arise in the future.

Respectfully submitted this Wednesday, October 7, 2020.

By /s/ Gordon E. R. Troy
Gordon E. R. Troy
*Pro Hac Vice*
Gordon E. R. Troy, PC
5203 Shelburne Road
Shelburne, VT 05482
Tel. (802) 881-0640
gtroy@webtm.com

By /s/ Eric J. Harrison
Eric J. Harrison
5400 California Avenue SW, Suite E
Seattle, WA 98136
Tel. (206) 388-8092
eric@attorneywestseattle.com
Attorney for Hyperion Entertainment CVBA

By /s/ Michael G. Atkins
Michael G. Atkins, WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel (206) 628-0983
mike@atkinsip.com

Attorneys for Cloanto Corporation,
Amiga, Inc., Amino Development Corporation,
and Itec, LLC

## ORDER

**SO ORDERED, the new Trial Date is 5/03/2021.**

DATED this 7th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated Motion to Continue Trial Date
Case No. 2:18-cv-00381
Page | 3

**ATTORNEY WEST SEATTLE, P.S.**
5400 California Ave. SW, Ste. E
Seattle, WA 98136
(206) 388 8092

## CERTIFICATE OF SERVICE

I hereby certify that on the Wednesday, October 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gordon E. R. Troy, gtroy@webtm.com

By /s/ Eric J. Harrison
Eric J. Harrison
Attorney West Seattle, P.S.
5400 California Ave. SW, Ste. E
Seattle, WA 98136
Phone: 206 388 8092

Stipulated Motion to Continue Trial Date
Case No. 2:18-cv-00381
Page | 4

**ATTORNEY WEST SEATTLE, P.S.**
5400 California Ave. SW, Ste. E
Seattle, WA 98136
(206) 388 8092