The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>    Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>    Defendant.<br><br>HYPERION ENTERTAINMENT CVBA<br><br>    Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>    Counterclaim Defendants. | Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535)<br><br>**STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DATES BY SIX WEEKS TO FACILITATE COMPLETION OF SETTLEMENT DISCUSSIONS**<br><br>NOTE ON MOTION CALENDAR: January 20, 2021 |

Stipulated Motion to Continue Trial Date
Case No. 2:18-cv-00381
Page | 1

**ATTORNEY WEST SEATTLE, P.S.**
5400 California Ave. SW, Ste. E
Seattle, WA 98136
(206) 388 8092

# STIPULATION

Defendant/Counterclaim Plaintiff Hyperion Entertainment CVBA ("Defendant"), joined by Plaintiffs/Counter-Defendants Cloanto Corporation, Amiga, Inc., Amino Development Corporation, and Itec, LLC ("Plaintiffs") without objection, (collectively, the "Parties"), pursuant to LCR 7(d)(1) and LCR 10(g), hereby moves the Court for an order extending, by six (6) weeks the dates in the Court's Order of October 7, 2020 (Dkt. No. 96).  Hyperion submits, and Plaintiffs accept, that there is good cause to modify the current case schedule, for the reasons set forth below.

The Parties resumed settlement discussions to resolve all of the matters between them in October 2020. On Thursday of last week, the Parties reached the terms of settlement on the main agreement. The only tasks that need to be completed are for the Parties to attend to seven ancillary documents, including an assignment and novation agreement, mutual releases, stipulations of dismissal, and documents related to a proceeding in Belgium. In addition, Hyperion requires additional time to confer on one point with counsel in Delaware regarding a security interest. The additional time requested will enable the Parties to focus exclusively on finalizing documents and following through with the settlement.  Accordingly, Hyperion, without objection from Plaintiffs, respectfully requests that the Court extend the remaining deadlines as follows:

| Deadline/Event | Current | Proposed |
| --- | --- | --- |
| All dispositive motions must be filed by and Noted on the motion calendar no later than the THIRD Friday thereafter | 02/05/2021 | 03/19/2021 |
| Mediation per LCR 39.1(c)(3), if requested held no later than | 03/17/2021 | 04/28/2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | 04/07/2021 | 05/19/2021 |
| Agreed pretrial order due | 04/22/2021 | 06/03/2021 |

Stipulated Motion to Continue Trial Date
Case No. 2:18-cv-00381
Page | 2

**ATTORNEY WEST SEATTLE, P.S.**
5400 California Ave. SW, Ste. E
Seattle, WA 98136
(206) 388 8092

| | | |
|---|---|---|
| Pretrial conference to be scheduled by the Court | | |
| Trial brief, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | 04/29/2021 | 06/10/2021 |

The Parties' joint request is not sought for purposes of delay. Rather, due to the complexity of the issues for settlement, coupled by the COVID-19 crisis, the Parties believe that a six week extension is necessary to afford them the opportunity to settle all issues.

Respectfully submitted this Thursday, January 21, 2021.

By /s/ Gordon E. R. Troy
Gordon E. R. Troy
*Pro Hac Vice*
Gordon E. R. Troy, PC
5203 Shelburne Road
Shelburne, VT 05482
Tel. (802) 881-0640
gtroy@webtm.com

By /s/ Eric J. Harrison
Eric J. Harrison
5400 California Avenue SW, Suite E
Seattle, WA 98136
Tel. (206) 388-8092
eric@attorneywestseattle.com
Attorney for Hyperion Entertainment CVBA

By /s/ Michael G. Atkins
Michael G. Atkins, WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel (206) 628-0983
mike@atkinsip.com

Attorneys for Cloanto Corporation,
Amiga, Inc., Amino Development Corporation,
and Itec, LLC

## ORDER

**IT IS HEREBY ORDERED** that the case deadlines are extended as follows:

| **Deadline/Event** | **Current** | **Revised** |
|---|---|---|
| All dispositive motions must be filed by and Noted on the motion calendar no later than the THIRD Friday thereafter | 02/05/2021 | 03/18/2021 |

Stipulated Motion to Continue Trial Date
Case No. 2:18-cv-00381
Page | 3

**ATTORNEY WEST SEATTLE, P.S.**
5400 California Ave. SW, Ste. E
Seattle, WA 98136
(206) 388 8092

| | | |
|---|---|---|
| Mediation per LCR 39.1(c)(3), if requested held no later than | 03/17/2021 | 04/28/2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | 04/07/2021 | 05/19/2021 |
| Agreed pretrial order due | 04/22/2021 | 06/02/2021 |
| Pretrial conference to be scheduled by the Court | | |
| Trial brief, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | 04/29/2021 | 06/09/2021 |
| **Trial date** | **05/03/2021** | **06/14/2021** |

DATED this 21st day of January, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated Motion to Continue Trial Date
Case No. 2:18-cv-00381
Page | 4

**ATTORNEY WEST SEATTLE, P.S.**
5400 California Ave. SW, Ste. E
Seattle, WA 98136
(206) 388 8092

**CERTIFICATE OF SERVICE**

I hereby certify that on the Thursday, January 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gordon E. R. Troy, gtroy@webtm.com

By /s/ Eric J. Harrison
Eric J. Harrison
Attorney West Seattle, P.S.
5400 California Ave. SW, Ste. E
Seattle, WA 98136
Phone: 206 388 8092

Stipulated Motion to Continue Trial Date
Case No. 2:18-cv-00381
Page | 5

**ATTORNEY WEST SEATTLE, P.S.**
5400 California Ave. SW, Ste. E
Seattle, WA 98136
(206) 388 8092