1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# Exhibit 2

Plaintiffs' Motion for Partial Summary Judgment
Case No. 2:18-cv-00381

**GORDON E. R. TROY PC**
183 Highfield Dr., West Windsor, VT 05089
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962

Case 2:18-cv-00381-RSM   Document 101   Filed 03/18/21   Page 2 of 5

Discovery : Kickstart 3.1                                          imap://imap.gmail.com:993/fetch>UID>/INBOX...



-----Original Message-----
From: Ben Hermans <legendconsulting@aim.com>
To: matthew <matthew@leamancomputing.com>; degrootet <degrootet@base.be>
Sent: Tue, Mar 13, 2012 10:12 am
Subject: Re: Kickstart 3.1

Hello Matthew,

I decided that it is legally perfectly possible to use the invoice to specify the rights granted to you under license.

Attached please find the invoice for the 3.1 Kickstart's and case stickers.

I would be very grateful if you could settle this invoice either today or tomorrow as I need to motivate the Frieden's to produce the 3.1 license keys.

We've been low on money again as a result of some unforeseen expenditures and some cash would go a long way to boosting their morale.

With respect to the license text, I would suggest "Produced under license from Hyperion Entertainment CVBA. AmigaOS and Boing Ball logo are valid trademarks. All rights reserved."

At this point in time Hyperion does no longer wish to refer to Amiga Inc as owners of the trademarks since a number of their registrations lapsed and since they have not used these trademarks, they may well be ours as "common law" trademarks.

Best regards,

Ben Hermans
legendconsulting@aim.com


-----Original Message-----
From: Leaman Computing Ltd <matthew@leamancomputing.com>
To: Ben Hermans <legendconsulting@aim.com>
Sent: Mon, Mar 12, 2012 1:17 pm
Subject: Re: Kickstart 3.1



Hello Ben,



Good to hear from you.  I am happy to get starting on the selling

ATTORNEYS' EYES ONLY                        HYP_003201

Case 2:18-cv-00381-RSM   Document 101   Filed 03/18/21   Page 3 of 5

Discovery : Kickstart 3.1                            imap://imap.gmail.com:993/fetch>UID>/INBOX...

Kickstart 3.1 ROMs ASAP.  I would like to also distribute Kickstart

3.1 to other resellers.

> I believe we agreed on a 15% royalty of the gross sales price to

> end-users exclusive of VAT.

Yes that is OK.

> I can draw up the paperwork for that in the course of next week.

I look forward to it.

> In order for me to put the proper paperwork in place, please remind

> me again of the sales price, the number of units and all other

> relevant conditions.

I would like to be the exclusive Hyperion distibutor of 3.1 ROMs so

that I can sell to other Amiga resellers.  This will generate you more

revenue from licenses.

This following licenses be 1 years worth of my sales in my estimate

ATTORNEYS' EYES ONLY                HYP_003202

(does not include reseller sales).  I will be requesting more licenses

on an ongoing basis when I have sold these:

150x A500/A600/A2000 Kickstart 3.1 ROMs - Retail Price: GBP £12.49

plus VAT (GBP £1.87 per ROM license fee) = GBP £280.50

50x A4000 Desktop Kickstart 3.1 ROMs - Retail Price: GBP £24.99 plus

VAT (GBP £3.75 per ROM license fee) = GBP £187.50

50x A3000 Desktop Kickstart 3.1 ROMs - Retail Price: GBP £24.99 plus

VAT (GBP £3.75 per ROM license fee) = GBP £187.50

Please produce License codes for the 3.1 ROMs and we will print them

on the Boing Ball Sticker which will be stuck on the front of every

ROM to prove the authenticity as a licensed product.

I need the specific legal text to printed on the sticker.  Will it be:

   "AmigaOS and Boing Ball logo are trademarks of Amiga,Inc. as

licensed from Hyperion Entertainment CVBA. All rights Reserved."

I also need licenses for stickers on the same invoice:

ATTORNEYS' EYES ONLY                          HYP_003203

Case 2:18-cv-00381-RSM   Document 101   Filed 03/18/21   Page 5 of 5

Discovery : Kickstart 3.1                                    imap://imap.gmail.com:993/fetch>UID>/INBOX...

```
500x Boing Ball Case Badges (domed stickers) - Retail Price: GBP £0.82

plus VAT (GBP £0.12 per ROM license fee) = GBP £60.00




Regards,


Matthew




-


Managing Director.

Leaman Computing Ltd.

Registered in England & Wales, Company Number: 06865537

-
```

—Attachments:—

InvoiceAmigakit2012-03.doc                                                      484 KB

ATTORNEYS' EYES ONLY                          HYP_003204