# Exhibit 7

Plaintiffs' Motion for Partial Summary Judgment
Case No. 2:18-cv-00381

GORDON E. R. TROY PC
183 Highfield Dr., West Windsor, VT 05089
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962

www.hyperion-entertainment.com

**INVOICE** FBV133194
Date (yyyy-mm-dd): 2016-10-31 (GMT+02:00)

Reverse Charge

**Provided By:**
Hyperion Entertainment CVBA
TAX ID: BE466380552
Tervurenlaan 34, -
Brussels, Belgium
Bank Account: REDACTED
KBC Bank

**Provided To:**
Avangate BV
VAT ID: NL 815605468B01
Prins Hendriklaan 26 II, 1075 BD
Amsterdam, Netherlands
Registration Number: 34246766 with the Register of Commerce
Bank Account: REDACTED

| No. | Product | Quantity | Unit Price | Total |
|---|---|---|---|---|
| 1 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 2 | 9.60 EUR | 19.20 EUR |
| 2 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 2 | 9.60 EUR | 19.20 EUR |
| 3 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 2 | 9.60 EUR | 19.21 EUR |
| 4 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 1 | 9.60 EUR | 9.60 EUR |
| 5 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 1 | 8.89 EUR | 8.89 EUR |
| 6 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 1 | 8.89 EUR | 8.89 EUR |
| 7 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 1 | 7.68 EUR | 7.68 EUR |
| 8 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 1 | 7.68 EUR | 7.68 EUR |
| 9 | AmigaOS 4.1 Final Edition für Classic (Download) | 7 | 24.59 EUR | 172.12 EUR |
| 10 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 109 | 8.29 EUR | 903.33 EUR |
| 11 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 93 | 8.30 EUR | 771.59 EUR |
| 12 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 1 | -0.83 EUR | -0.83 EUR |
| 13 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 1 | -0.83 EUR | -0.83 EUR |
| 14 | AmigaOS 4.1 Final Edition for Classic (Download) | 1 | 28.90 EUR | 28.90 EUR |
| 15 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 19 | 7.97 EUR | 151.52 EUR |
| 16 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 18 | 7.98 EUR | 143.71 EUR |
| 17 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 2 | -0.80 EUR | -1.59 EUR |
| 18 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 2 | -0.80 EUR | -1.59 EUR |
| 19 | AmigaOS 4.1 Final Edition for Classic (Download) | 1 | 23.12 EUR | 23.12 EUR |
| 20 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 2 | 7.68 EUR | 15.36 EUR |
| 21 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 2 | 7.68 EUR | 15.36 EUR |
| 22 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 3 | 7.68 EUR | 23.04 EUR |
| 23 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 3 | 7.68 EUR | 23.04 EUR |
| 24 | AmigaOS 4.1 Final Edition for Classic (Download) | 6 | 28.93 EUR | 173.56 EUR |
| 25 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 23 | 9.52 EUR | 219.06 EUR |
| 26 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 23 | 9.52 EUR | 219.05 EUR |
| 27 | Shopper discount | 1 | -227.10 EUR | -227.10 EUR |
| 28 | Avangate discount | 1 | -368.15 EUR | -368.15 EUR |
| 29 | Affiliate commission | 1 | -47.81 EUR | -47.81 EUR |
| | | | **Total:** | **2,335.21 EUR** |
| | | | **VAT:** | **0.00 EUR** |

The invoice is to be paid, according to the contract, by one of the following methods: wire transfer, check, Paypal.

ATTORNEYS' EYES ONLY                                    HYP_002996

www.hyperion-entertainment.com

**INVOICE** FBV135136
Date (yyyy-mm-dd): 2016-11-30 (GMT+02:00)

*Reverse Charge*

**Provided By:**
Hyperion Entertainment CVBA
TAX ID: BE466380552
Tervurenlaan 34, -
Brussels, Belgium
Bank Account: REDACTED
KBC Bank

**Provided To:**
Avangate BV
VAT ID: NL 815605468B01
Prins Hendriklaan 26 II, 1075 BD
Amsterdam, Netherlands
Registration Number: 34246766 with the Register of Commerce
Bank Account: REDACTED

| No. | Product | Quantity | Unit Price | Total |
|---|---|---|---|---|
| 1 | AmigaOS 4.1 Final Edition for Classic (Download) | 1 | 28.90 EUR | 28.90 EUR |
| 2 | AmigaOS 4.1 Final Edition für Classic (Download) | 1 | 26.77 EUR | 26.77 EUR |
| 3 | AmigaOS 4.1 Final Edition for Classic (Download) | 7 | 24.73 EUR | 173.13 EUR |
| 4 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 19 | 8.17 EUR | 155.29 EUR |
| 5 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 19 | 8.17 EUR | 155.29 EUR |
| 6 | AmigaOS 4.1 Final Edition for Classic (Download) | 4 | 24.09 EUR | 96.36 EUR |
| 7 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 3 | 8.00 EUR | 24.00 EUR |
| 8 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 2 | 8.00 EUR | 16.00 EUR |
| 9 | AmigaOS 4.1 Final Edition for Classic (Download) | 5 | 28.90 EUR | 144.51 EUR |
| 10 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 4 | 9.12 EUR | 36.49 EUR |
| 11 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 3 | 9.60 EUR | 28.81 EUR |
| 12 | Shopper discount | 1 | -34.85 EUR | -34.85 EUR |
| 13 | Avangate discount | 1 | -97.71 EUR | -97.71 EUR |
| 14 | Affiliate commission | 1 | -4.33 EUR | -4.33 EUR |
| | | | **Total:** | **748.66 EUR** |
| | | | **VAT:** | **0.00 EUR** |

The invoice is to be paid, according to the contract, by one of the following methods: wire transfer, check, Paypal.

ATTORNEYS' EYES ONLY                HYP_002997

www.hyperion-entertainment.com

**INVOICE** FBV139862

Date (yyyy-mm-dd): 2016-12-31 (GMT+02:00)

Reverse Charge

**Provided By:**
Hyperion Entertainment CVBA
TAX ID: BE466380552
Tervurenlaan 34, -
Brussels, Belgium
Bank Account: REDACTED
KBC Bank

**Provided To:**
Avangate BV
VAT ID: NL 815605468B01
Prins Hendriklaan 26 II, 1075 BD
Amsterdam, Netherlands
Registration Number: 34246766 with the Register of Commerce
Bank Account: REDACTED

| No. | Product | Quantity | Unit Price | Total |
|---|---|---|---|---|
| 1 | AmigaOS 4.1 Final Edition for Classic (Download) | 1 | 23.12 EUR | 23.12 EUR |
| 2 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 2 | 9.60 EUR | 19.20 EUR |
| 3 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 1 | 9.60 EUR | 9.60 EUR |
| 4 | AmigaOS 4.1 Final Edition for Classic (Download) | 9 | 25.33 EUR | 228.01 EUR |
| 5 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 6 | 8.61 EUR | 51.68 EUR |
| 6 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 4 | 8.74 EUR | 34.96 EUR |
| 7 | AmigaOS 4.1 Final Edition for Classic (Download) | 1 | 24.09 EUR | 24.09 EUR |
| 8 | AmigaOS 4.1 Final Edition for Classic (Download) | 4 | 28.90 EUR | 115.61 EUR |
| 9 | Kickstart 3.1 (40.72) for desktop Amigas - FREE Kick 1.3 included! | 2 | 9.60 EUR | 19.21 EUR |
| 10 | Workbench 3.1 for desktop Amigas - FREE Workbench 1.3.3 included! | 3 | 9.60 EUR | 28.81 EUR |
| 11 | Shopper discount | 1 | -10.85 EUR | -10.85 EUR |
| 12 | Avangate discount | 1 | -56.05 EUR | -56.05 EUR |
| | | | **Total:** | **487.39 EUR** |
| | | | **VAT:** | **0.00 EUR** |

The invoice is to be paid, according to the contract, by one of the following methods: wire transfer, check, Paypal.



Klantgegevens

Hyperion Entertainment CVBA
Gentsesteenweg 1150
B-1082 Brussel

VAT BE 0466-380-552 RPR Leuven

Leaman Computing LTD
Asquith House, Unit 1
Dyfrig Road
Cardiff. CFS 5AD
Verenigd Koninkrijk
VAT: GB 862 6452 11 Company No: 06865537

Factuur Nr: 2015/04   Factuurdatum: 18/04/2015   Vervaldatum: 18/05/2015

| Omschrijving | Totaal exl BTW | Totaal incl BTW 21% |
|---|---|---|
| 17/11/2014: license fee 10x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 14,80 | |
| 17/11/2014: license fee 10x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 14,80 | |
| 28/11/2014: license fee 10x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 14,80 | |
| 28/11/2014: license fee 10x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 14,80 | |
| 28/11/2014 license fee 10x Kickstart 3.1 licenses for A4000D 1,48 euro/unit | € 14,80 | |
| 09/12/2014: license fee 10x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 14,80 | |
| 09/12/2014: license fee 10x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 14,80 | |
| 18/12/2014: license fee 10x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 14,80 | |
| 18/12/2014: license fee 10x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 14,80 | |
| 23/12/2014: license fee 10x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 14,80 | |
| 23/12/2014: license fee 10x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 14,80 | |
| Invoice of items ordered month of NOVEMBER, DECEMBER | | |
| BTW VERLEGD | | |

| BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|
| | € 162,80 | |

Wiring information:
Beneficiary: Hyperion Entertainment CVBA – Gentsesteenweg 1150 – B-1082 Brussel
KBC BANK : Account number REDACTED   SWIFT (BIC) KREDBEBB

ATTORNEYS' EYES ONLY   HYP_003003



Klantgegevens

| Hyperion Entertainment CVBA | Leaman Computing LTD |
| --- | --- |
| Gentsesteenweg 1150 | Asquith House, Unit 1 |
| B-1082 Brussel | Dyfrig Road |
|  | Cardiff. CFS 5AD |
| VAT BE 0466-380-552 RPR Leuven | Verenigd Koninkrijk |
|  | VAT: GB 862 6452 11 Company No: 06865537 |

Factuur Nr : 2015/06     Factuurdatum : 1/06/2015     Vervaldatum : 1/07/2015

| Omschrijving | Totaal exl BTW | Totaal incl BTW 21% |
| --- | --- | --- |
| 07/01/2015: license fee 20x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 29,60 | |
| 07/01/2015: license fee 20x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 29,60 | |
| 23/01/2015: license fee 10x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 14,80 | |
| 23/01/2015: license fee 10x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 14,80 | |
| 27/01/2015 license fee 10x Kickstart 3.1 licenses for A4000D 1,48 euro/unit | € 14,80 | |
| 27/01/2015: license fee 10x Kickstart 3.1 licenses for A500/600/20001,48 euro/unit | € 14,80 | |
| 03/02/2015: license fee 10x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 14,80 | |
| 09/02/2015: license fee 30x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 44,40 | |
| 09/02/2015: license fee 30x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 44,40 | |
| 09/02/2015 license fee 10x Kickstart 3.1 licenses for A4000D 1,48 euro/unit | € 14,80 | |
| Invoice of items ordered month of JANUARI, FEBRUARI 2015 BTW VERLEGD | | |
| BTW | Totaal exl BTW | Totaal incl BTW |
| | € 236,80 | |

**Wiring information:**

Beneficiary: Hyperion Entertainment CVBA – Gentsesteenweg 1150 – B-1082 Brussel
KBC BANK : Account number   REDACTED   - SWIFT (BIC) KREDBEBB

ATTORNEYS' EYES ONLY          HYP_003005



Klantgegevens

Hyperion Entertainment CVBA
Gentsesteenweg 1150
B-1082 Brussel

VAT BE 0466-380-552 RPR Leuven

Leaman Computing LTD
Asquith House, Unit 1
Dyfrig Road
Cardiff, CFS 5AD
Verenigd Koninkrijk
VAT: GB 862 6452 11 Company No: 06865537

Factuur Nr: 2015/07    Factuurdatum : 5/06/2015    Vervaldatum : 5/07/2015

| Omschrijving | Totaal exl BTW | Totaal incl BTW 21% |
|---|---|---|
| 17/03/2015: license fee 20x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 29,60 | |
| 17/03/2015: license fee 20x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 29,60 | |
| 17/03/2015: license fee 10x Kickstart 3.1 licenses for A4000D 1,48 euro/unit | € 14,80 | |
| 17/03/2015: license fee 10x Kickstart 3.1 licenses for A3000 1,48 euro/unit | € 14,80 | |
| 27/03/2015 license fee 20x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 29,60 | |
| 27/03/2015: license fee 20x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 29,60 | |
| 15/04/2015: license fee 10x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 14,80 | |
| 15/04/2015: license fee 10x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 14,80 | |
| 24/04/2015: license fee 20x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 29,60 | |
| 28/04/2015 33x Quake 2 serial numbers 5 euro/unit | € 165,00 | |
| Invoice of items ordered month of MARCH, APRIL 2015 BTW VERLEGD | | |

| BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|
| | € 372,20 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Gentsesteenweg 1150 – B-1082 Brussel
KBC BANK : Account number    REDACTED    SWIFT (BIC) KREDBEBB

ATTORNEYS' EYES ONLY    HYP_003006



Klantgegevens

Hyperion Entertainment CVBA
Tervurenlaan 34
B-1040 Etterbeek

VAT BE 0466-380-552

Learnan Computing LTD
Asquith House, Unit 1
Dyfrig Road
Cardiff. CF5 5AD
Verenigd Koninkrijk
VAT: GB 862 6452 11  Company No: 06865537

Factuur Nr : 2015/13     Factuurdatum : 5/07/2015     Vervaldatum : 4/08/2015

| Omschrijving | Totaal exl BTW | Totaal incl BTW 21% |
|---|---|---|
| 11/05/2015: license fee 10x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 14,80 | |
| 11/05/2015: license fee 10x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 14,80 | |
| 08/06/2015: license fee 10x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 14,80 | |
| 08/06/2015: license fee 10x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 14,80 | |
| 23/06/2015 license fee 20x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 14,80 | |
| 23/06/2015: license fee 10x Kickstart 3.1 licenses for A3000 1,48 euro/unit | € 14,80 | |
| 29/06/2015: license fee 10x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 14,80 | |
| 29/06/2015: license fee 10x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 14,80 | |
| Invoice of items ordered month of MAI, JUNE 2015 | | |
| BTW VERLEGD | | |

| BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|
| | € 118,40 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – B-1040 Etterbeek
KBC BANK : Account number  REDACTED  – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

| Hyperion Entertainment CVBA<br>Gentsesteenweg 1150<br>B-1082 Brussel<br><br>VAT BE 0466-380-552 RPR Leuven | Leaman Computing LTD<br>Asquith House, Unit 1<br>Dyfrig Road<br>Cardiff. CFS 4AR.<br>Verenigd Koninkrijk<br>VAT: GB 862 6452 11 Company No: 06865537 |
|---|---|

| Factuur Nr : 2014/04 | Factuurdatum : 10/07/2014 | Vervaldatum : 9/08/2014 |
|---|---|---|

| Omschrijving | Totaal exl BTW | Totaal incl BTW 21% |
|---|---|---|
| 02/06/2014 license fee 10x Kickstart 3.1 licenses for A4000D  1,48 euro/unit | € 14,80 | |
| 02/06/2014: license fee 20x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 29,60 | |
| 18/06/2014: license fee 20x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 29,60 | |
| 18/06/2014:license fee 20x Kickstart 3.1 licenses for A500/600/2000  1,48 euro/unit | € 29,60 | |
| 19/06/2014 license fee 5x Kickstart 3.1 licenses for A4000T 1,48 euro/unit | € 7,40 | |
| Invoice of items ordered month of June | | |
| | BTW | Totaal exl BTW | Totaal incl BTW |
| | | € 111,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Gentsesteenweg 1150 –  B-1082 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB



Klantgegevens

| | |
|---|---|
| Hyperion Entertainment CVBA<br>Gentsesteenweg 1150<br>B-1082 Brussel<br><br>VAT BE 0466-380-552 RPR Leuven | Leaman Computing LTD<br>Asquith House, Unit 1<br>Dyfrig Road<br>Cardiff. CFS 4AR.<br>Verenigd Koninkrijk<br>VAT: GB 862 6452 11 Company No: 06865537 |

| Factuur Nr : 2014/05 | Factuurdatum : 26/08/2014 | Vervaldatum : 25/09/2014 | |
|---|---|---|---|
| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
| 15/07/2014: license fee 20x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 29,60 | | |
| 15/07/2014: license fee 20x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 29,60 | | |
| 14/08/2014: license fee 10x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unit | € 14,80 | | |
| 14/08/2014: license fee 10x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 14,80 | | |
| 15/08/2014: 5x AmigaOS 4.1 Classic 60 euro/unit | € 300,00 | | |
| 18/08/2014: 5x AmigaOS 4.1 Classic 60 euro/unit | € 300,00 | | |
| 22/08/2014: 10x AmigaOS 4.1 Classic 60 euro/unit | € 600,00 | | |
| Invoice of items ordered month of July/August | | | |
| | BTW | Totaal exl BTW | Totaal incl BTW |
| | | € 1.288,80 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Gentsesteenweg 1150 –  B-1082 Brussel
KBC BANK : Account number (IBAN): **REDACTED**            SWIFT (BIC) KREDBEBB

ATTORNEYS' EYES ONLY                HYP_003022



Klantgegevens

Hyperion Entertainment CVBA
Tervurenlaan 34
B-1040 Brussel

VAT BE 0466-380-552

Individual Computers Jens Schönfeld GmbH
Im Zemmer 6
52152 Simmerath
Germany

VATID: DE257081497

Factuur Nr : 2016/007    Factuurdatum : 11/04/2016    Vervaldatum : 11/05/2016

| Omschrijving | Totaal exl BTW | Totaal incl BTW 21% |
|---|---|---|
| license fee | € 2.500,00 | |
| as per agreement for : | | |
| Kickstart 1.2, Kickstart 1.3/Workbench 1.3 and Kickstart 3.1/Workbench 3.1 for | | |
| ACA500plus / ACA 2000 / ACA 1000 and ACA600 range of accelerators | | |
| BTW VERLEGD | | |

| BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|
| | € 2.500,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34– B-1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

| | |
|---|---|
| Hyperion Entertainment CVBA<br>Tervurenlaan 34<br>B-1040 Brussel<br><br>VAT BE 0466-380-552 | Michael Wanke<br>Wallmodener Str. 21<br>38259 Salzgitter<br>Duitsland<br>a1k@atowa.de |

| Factuur Nr : 2017/006 | Factuurdatum : 4/03/2017 | Vervaldatum : 3/04/2017 |
|---|---|---|

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| license fee 150x Kickstart 3.1 licenses for A500/600/2000 1,60 euro/un t | € 240,00 | | 290,40 € |
| license fee 10x Kickstart 3.1 licenses for A4000D 1,60 euro/unit | € 16,00 | | 19,36 € |

| BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|
| 53,76 € | € 256,00 | 309,76 € |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34– B-1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz

ATTORNEYS' EYES ONLY   HYP_003051



Klantgegevens

| Hyperion Entertainment CVBA<br>Tervurenlaan 34<br>B-1040 Brussel<br><br>VAT BE 0466-380-552 | Leaman Computing LTD<br>Asquth House, Unt 1<br>Dyfrig Road<br>Cardiff. CFS 5AD<br>Verenigd Koninkrijk<br>VAT: GB 862 6452 11 Company No: 06865537 |
|---|---|

| Factuur Nr :  2017/008 | Factuurdatum : 6/03/2017 | Vervaldatum : 5/04/2017 |
|---|---|---|

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 07/01/2017: license fee 20x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unt | € 29,60 | | |
| 07/01/2017: license fee 20x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 29,60 | | |
| 13/01/2017: license fee 20x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unt | € 29,60 | | |
| 13/01/2017: license fee 10x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 14,80 | | |
| 30/01/2017: license fee 20x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unt | € 29,60 | | |
| 30/01/2017: license fee 20x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 29,60 | | |
| 30/01/2017: license fee 10x Kickstart 3.1 licenses for A300 1,48 euro/unit | € 14,80 | | |
| 30/01/2017: license fee 10x Kickstart 3.1 licenses for A4000 1,48 euro/unit | € 14,80 | | |
| 16/02/2017: license fee 20x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/unt | € 29,60 | | |
| 16/02/2017: license fee 10x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 14,80 | | |
| Invoice of items ordered month of  JANUARY, FEBRUARI 2017<br><br>BTW VERLEGD | | | |
| | BTW | Totaal exl BTW | Totaal incl BTW |
| | | € 236,80 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34–  B-1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz

ATTORNEYS' EYES ONLY                    HYP_003053



Klantgegevens

| Hyperion Entertainment CVBA<br>Tervurenlaan 34<br>B-1040 Brussel<br><br>VAT BE 0466-380-552 | Individual Computers Jens Schönfeld GmbH<br>Im Zemmer 6<br>52152 Simmerath<br>Germany<br><br>VATID: DE257081497 |
|---|---|

| Factuur Nr : | 2017/011 | Factuurdatum : 27/04/2017 | Vervaldatum : 27/05/2017 |
|---|---|---|---|

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| License fee<br><br>as per OEM license agreement "Commodore A1200 Reloaded" for :<br><br>Workbench 3.1<br><br><br><br><br><br>BTW VERLEGD | € 6.900,00 | | |
| | BTW | Totaal exl BTW | Totaal incl BTW |
| | | € 6.900,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34– B-1040 Brussel
KBC BANK: Account number (IBAN): **REDACTED** – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

| Hyperion Entertainment CVBA | Leaman Computing LTD |
| --- | --- |
| Tervurenlaan 34 | Asqu th House, Un t 1 |
| B-1040 Brussel | Dyfrig Road |
| | Cardiff. CFS 5AD |
| VAT BE 0466-380-552 | Verenigd Koninkrijk |
| | VAT: GB 862 6452 11 Company No: 06865537 |

| Factuur Nr : 2017/021 | Factuurdatum : 9/09/2017 |
| --- | --- |

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
| --- | --- | --- | --- |
| 20/07/2017: license fee 20x Kickstart 3.1 licenses for A500/600/2000 1,48 euro/un t | € 29,60 | | |
| 20/07/2017: license fee 20x Kickstart 3.1 licenses for A1200 1,48 euro/unit | € 29,60 | | |
| Invoice of items ordered month of  JULY , AUGUST 2017 | | | |
| BTW VERLEGD | | | |

| | BTW | Totaal exl BTW | Totaal incl BTW |
| --- | --- | --- | --- |
| | | € 59,20 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34–  B-1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

| Hyperion Entertainment CVBA<br>Tervurenlaan 34<br>B-1040 Brussel<br><br>VAT BE 0466-380-552 | Individual Computers Jens Schönfeld GmbH<br>Im Zemmer 6<br>52152 Simmerath<br>Germany<br><br>VATID: DE257081497 |

| Factuur Nr : | 2017/025 | Factuurdatum : 24/10/2017 | Vervaldatum : 23/11/2017 |

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| License fee<br><br>as per OEM license agreement "Buddha Controller Anniversary Edition" for :<br><br>Workbench 1.3, Workbench 2.0, Workbench 2.1, Workbench 3.0, AmigaOS 3.1<br><br>A2091 Install Disk<br><br>no limit on quantities produced of the Budha controller , valid for 5 years<br><br><br><br>BTW VERLEGD | € 1.000,00 | | |
| | BTW | Totaal exl BTW | Totaal incl BTW |
| | | € 1.000,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34– B-1040 Brussel
KBC BANK: Account number (IBAN): REDACTED  – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

| | |
|---|---|
| Hyperion Entertainment CVBA<br>Tervurenlaan 34<br>B-1040 Brussel<br><br>VAT ID: BE 0466-380-552 | AMIGAstore.eu<br>Isabel Sánchez<br>Bujeque Jardineros, 4 – 2<br>IZ 30800 Lorca, Murcia<br>Spanje<br><br>VAT ID: ES23260787J |

| Factuur Nr : 2017/29 | Factuurdatum : 31/12/2017 |
|---|---|

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 12x AmigaOS 4.1 Final Edition, lite retail, Classic | € 252,00 | | |
| Total amount of units bought: 87 | | | |
| Discount: 0,50% | -€ 1,26 | | |
| 1x Descent Freespace | € 10,00 | | |
| 20x NotePads AmigaOS | € 32,00 | | |
| 10x Kickstart 3.1 (40.72) license A500/A600/A2000 | € 16,50 | | |
| 10x Kickstart 3.1 (40.72) license A1200 | € 16,50 | | |
| 10x Kickstart 3.1 (40.72) license A3000 | € 16,50 | | |
| 10x Kickstart 3.1 (40.72) license A4000 | € 16,50 | | |
| 10x Kickstart 3.1 (40.72) license A4000T | € 16,50 | | |
| New Year 2018 discount: 10% | -€ 37,52 | | |
| Packaging and shipping | € 15,00 | | |
| BTW VERLEGD | | | |

| | BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|---|
| | | € 352,72 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – B-1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz