# Exhibit 10

Plaintiffs' Motion for Partial Summary Judgment
Case No. 2:18-cv-00381

**GORDON E. R. TROY PC**
183 Highfield Dr., West Windsor, VT 05089
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962



Klantgegevens

| Hyperion Entertainment CVBA | ACube Systems Srl |
| --- | --- |
| Tervurenlaan 34 | Via Tabacco 58 |
| B-1040 Etterbeek | 36061 Bassano del Grappa (VI) |
| | Italie |
| VAT ID: BE 0466-380-552 | |
| | VAT ID: IT03367150244 |

| Factuur Nr : 2015/40 | Factuurdatum : 16/12/2015 | Vervaldatum : 15/01/2016 | |
| --- | --- | --- | --- |
| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
| 3x Gorky17 AmigaOS version | € 63,00 | | |
| 3xT-Shirt - „powered by AmigaOS"  size M | € 33,00 | | |
| 2xT-Shirt - „powered by AmigaOS"  size L | € 22,00 | | |
| 2xT-Shirt - „powered by AmigaOS"  size XL | € 22,00 | | |
| 1x pack Stickers - "30 years of emotion" (50 pieces/pack) free of charge | | | |
| Packaging and shipping | | | |
| INVOICE PAYABLE UPON RECEIPT | | | |
| BTW VERLEGD | | | |
| | BTW | Totaal exl BTW | Totaal incl BTW |
| | | € 140,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Etterbeek
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz

ATTORNEYS' EYES ONLY                    HYP_003158



Klantgegevens

| Hyperion Entertainment CVBA | Alinea Computer |
| Tervurenlaan 34 | Torsten Hees & Simon Neumann GbR |
| B-1040 Brussel | Amiga-Softwareentwicklung, Vertrieb und Online-Shop |
| | Geschwister-Scholl-Str. 26 |
| VAT ID: BE 0466-380-552 | 61273 Wehrheim |
| | Duitsland |
| | VAT ID: DE814213164 |

Factuur Nr :  2015/41            Factuurdatum : 20/12/2015

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 3x T-Shirt - „powered by AmigaOS"  size S | € 33,00 | | |
| 3x T-Shirt - „powered by AmigaOS"  size M | € 33,00 | | |
| 2x T-Shirt - „powered by AmigaOS"  size L | € 22,00 | | |
| 5x T-Shirt - „powered by AmigaOS"  size XL | € 55,00 | | |
| 5x T-Shirt - „powered by AmigaOS"  size 2XL | € 55,00 | | |
| 2x pack Stickers - "30 years of emotion" (50 pieces/pack) free of charge | | | |
| Special 'christmas' discount: 20% | -€ 39,60 | | |
| Packaging and shipping | € 16,50 | | |
| INVOICE PAYABLE UPON RECEIPT | | | |
| BTW VERLEGD | | | |

| BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|
| | € 174,90 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – B-1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

| Hyperion Entertainment CVBA | Amedia Computer France SàRL |
| --- | --- |
| Tervurenlaan 34 | 69, Avenue de la Libération |
| B-1040 Brussel | F-57530 Courcelles-Chaussy |
| | Frankr jk |
| VAT ID: BE 0466-380-552 | |
| | VAT ID: FR15792714362 |

Factuur Nr :  2015/23          Factuurdatum : 15/09/2015

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
| --- | ---: | --- | --- |
| 3x T-Shirt - „powered by AmigaOS"  size S | € 39,00 | | |
| 3x T-Shirt - „powered by AmigaOS"  size M | € 39,00 | | |
| 3x T-Shirt - „powered by AmigaOS"  size L | € 39,00 | | |
| 4x T-Shirt - „powered by AmigaOS"  size XL | € 52,00 | | |
| 3x T-Shirt - „powered by AmigaOS"  size 2XL | € 39,00 | | |
| 4x T-Shirt - „powered by AmigaOS"  size 3XL | € 52,00 | | |
| Packaging and shipping | | | |
| INVOICE PAYABLE UPON RECEIPT | | | |
| BTW VERLEGD | | | |

| BTW | Totaal exl BTW | Totaal incl BTW |
| --- | ---: | --- |
| | € 260,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

| Hyperion Entertainment CVBA<br>Tervurenlaan 34<br>B-1040 Etterbeek<br><br>VAT ID: BE 0466-380-552 | TdmeGa<br>Gasmeterstraat 6A<br>9990 Maldegem<br>Belgie<br><br>BTW: BE0896049079 |
|---|---|

| Factuur Nr : 2015/24 | Factuurdatum : 15/09/2015 | Vervaldatum : 15/10/2015 |
|---|---|---|

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 1xT-Shirt - „powered by AmigaOS"  size M | € 14,00 | | 16,94 € |
| 3xT-Shirt - „powered by AmigaOS"  size L | € 42,00 | | 50,82 € |
| 2xT-Shirt - „powered by AmigaOS"  size 2XL | € 28,00 | | 33,88 € |
| 1xT-Shirt - „powered by AmigaOS"  size 3XL | € 14,00 | | 16,94 € |
| 10x Licentie AmigaOS 4.1 Final Edition, lite retail, Classic | € 150,00 | | 181,50 € |
| 1x Licentie AmigaOS 4.1 Final Edition, lite retail, Sam440 | € 15,00 | | 18,15 € |
| 1x Licentie AmigaOS 4.1 Final Edition, lite retail, AmigaOne X1000 | € 15,00 | | 18,15 € |
| 1 pack Notepads ISO/DIN A6 – "AmigaOS" (25 pieces/pack) | € 50,00 | | 60,50 € |
| Packaging and shipping | | | |
| INVOICE PAYABLE UPON RECEIPT | | | |
| | BTW | Totaal exl BTW | Totaal incl BTW |
| | 68,88 € | € 328,00 | 396,88 € |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Etterbeek
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

| Hyperion Entertainment CVBA<br>Tervurenlaan 34<br>B-1040 Brussel<br><br>VAT ID: BE 0466-380-552 | Alinea Computer<br>Torsten Hees & Simon Neumann GbR<br>Amiga-Softwareentwicklung, Vertrieb und Online-Shop<br>Geschwister-Scholl-Str. 26<br>61273 Wehrheim<br>Duitsland<br>VAT ID: DE814213164 |
|---|---|

| Factuur Nr : 2015/25 | Factuurdatum : 25/09/2015 |

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 100x Gorky17 – Amiga version | € 2.100,00 | | |
| price per Gorky17 unit is 21 euro | | | |
| Packaging and shipping | | | |
| INVOICE PAYABLE UPON RECEIPT | | | |
| BTW VERLEGD | | | |
| | BTW | Totaal exl BTW | Totaal incl BTW |
| | | € 2.100,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz

ATTORNEYS' EYES ONLY                    HYP_003143



Klantgegevens

Hyperion Entertainment CVBA
Tervurenlaan 34
B-1040 Brussel

VAT ID: BE 0466-380-552

RELEC Software & Hardware AMIGA
Village du Levant 2B
1530 Payerne
Switzerland

| Factuur Nr : | 2015/26 | Factuurdatum : 5/10/2015 | | |
|---|---|---|---|---|
| Omschrijving | | | Totaal exl BTW | Totaal incl   BTW 21% |
| 12x Gorky17 Amiga version | | | € 252,00 | |
| 1 Pack 10 x "Gorky 17" Poster | | | € 20,00 | |
| 1 pack Stickers - "30 years of emotion" (50 pieces/pack) free of charge | | | | |
| price per Gorky17 unit is 21 euro | | | | |
| Packaging and shipping | | | | |
| INVOICE PAYABLE UPON RECEIPT | | | | |
| vrijgesteld van BTW volgens art. 39 W. BTW | | | | |
| | | BTW | Totaal exl BTW | Totaal incl BTW |
| | | | € 272,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz

ATTORNEYS' EYES ONLY    HYP_003144



Klantgegevens

| | |
|---|---|
| Hyperion Entertainment CVBA<br>Tervurenlaan 34<br>B-1040 Brussel<br><br>VAT ID: BE 0466-380-552 | Amedia Computer France SàRL<br>69, Avenue de la Libération<br>F-57530 Courcelles-Chaussy<br>Frankr jk<br><br>VAT ID: FR15792714362 |

| Factuur Nr : | 2015/27 | Factuurdatum : 6/10/2015 |
|---|---|---|

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 10x Gorky17 Amiga version | € 210,00 | | |
| 1 Pack 10 x "Gorky 17" Poster | € 20,00 | | |
| 1 packs Notepads ISO/DIN A6 – "AmigaOS" (25 pieces/pack) | € 40,00 | | |
| 2x T-Shirt - „powered by AmigaOS"  size M | € 22,00 | | |
| 2x T-Shirt - „powered by AmigaOS"  size L | € 22,00 | | |
| 2x T-Shirt - „powered by AmigaOS"  size XL | € 22,00 | | |
| 1 pack Stickers - "30 years of emotion" (50 pieces/pack) free of charge | | | |
| Packaging and shipping | | | |
| INVOICE PAYABLE UPON RECEIPT | | | |
| BTW VERLEGD | | | |

| BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|
| | € 336,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Brussel
KBC BANK : Account number (IBAN): REDACTED    SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz

ATTORNEYS' EYES ONLY                    HYP_003145



Klantgegevens

| Hyperion Entertainment CVBA | Vesalia Computer |
|---|---|
| Tervurenlaan 34 | Magdaleneweg 4 |
| B-1040 Brussel | 46483 Wesel |
| | Duitsland |
| VAT ID: BE 0466-380-552 | |
| | VAT ID: DE120979466 |

Factuur Nr : 2015/28    Factuurdatum : 8/10/2015

| Omschrijving | Totaal exl BTW | Totaal incl BTW 21% |
|---|---|---|
| 30x Gorky17 Amiga version | € 630,00 | |
| 2 Pack 10 x "Gorky 17" Poster | € 40,00 | |
| 1 pack Notepads ISO/DIN A6 – "AmigaOS" (25 pieces/pack) | € 40,00 | |
| 2 pack Poster - "be authentic"(10 pieces/pack) | € 120,00 | |
| 5x T-Shirt - „powered by AmigaOS"  size M | € 55,00 | |
| 10x T-Shirt - „powered by AmigaOS"  size L | € 110,00 | |
| 10x T-Shirt - „powered by AmigaOS"  size XL | € 110,00 | |
| 10x T-Shirt - „powered by AmigaOS"  size 2XL | € 110,00 | |
| 3x T-Shirt - „powered by AmigaOS"  size 3XL | € 33,00 | |
| 7 pack Stickers - "30 years of emotion" (50 pieces/pack) free of charge | | |
| INVOICE PAYABLE UPON RECEIPT | | |
| BTW VERLEGD | | |

| BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|
| | € 1.248,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz

ATTORNEYS' EYES ONLY    HYP_003146



Klantgegevens

| Hyperion Entertainment CVBA | Alinea Computer |
| Tervurenlaan 34 | Torsten Hees & Simon Neumann GbR |
| B-1040 Brussel | Amiga-Softwareentwicklung, Vertrieb und Online-Shop |
| | Geschwister-Scholl-Str. 26 |
| VAT ID: BE 0466-380-552 | 61273 Wehrheim |
| | Duitsland |
| | VAT ID: DE814213164 |

| Factuur Nr : | 2015/29 | Factuurdatum : 19/10/2015 | |

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 14x Gorky17 "super bundle" pack (1 notepad, 1 t-shirt, 1 Gorky17 poster) | € 210,00 | | |
| 2x Pack 10 x "Gorky 17" Poster | € 40,00 | | |
| 3x T-Shirt - „powered by AmigaOS"  size S | € 33,00 | | |
| 5x T-Shirt - „powered by AmigaOS"  size M | € 55,00 | | |
| 7x T-Shirt - „powered by AmigaOS"  size L | € 77,00 | | |
| 9x T-Shirt - „powered by AmigaOS"  size XL | € 99,00 | | |
| 1 pack Poster - "be authentic"(10 pieces/pack) | € 70,00 | | |
| 2x pack Stickers - "30 years of emotion" (50 pieces/pack) free of charge | | | |
| Packaging and shipping | | | |
| INVOICE PAYABLE UPON RECEIPT | | | |
| BTW VERLEGD | | | |

| | BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|---|
| | | € 584,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – B-1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

| | |
|---|---|
| Hyperion Entertainment CVBA<br>Tervurenlaan 34<br>B-1040 Brussel<br><br>VAT ID: BE 0466-380-552 | GGS-Data<br>BOX 8014<br>40277 Goteborg<br>Zweden<br><br>VAT--ID: SE580512519101 |

| Factuur Nr : 2015/30 | Factuurdatum : 19/10/2015 |
|---|---|

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 10x Gorky17 AmigaOS version | € 210,00 | | |
| 1x pack Stickers - "30 years of emotion" (50 pieces/pack) free of charge | | | |
| Packaging and shipping | | | |
| INVOICE PAYABLE UPON RECEIPT | | | |
| BTW VERLEGD | | | |

| | BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|---|
| | | € 210,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – B-1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

| | |
|---|---|
| Hyperion Entertainment CVBA<br>Tervurenlaan 34<br>B-1040 Brussel<br><br>VAT ID: BE 0466-380-552 | AMIGAstore.eu<br>Isabel Sánchez<br>Bujeque Jardineros, 4 – 2<br>IZ 30800 Lorca, Murcia<br>Spanje<br><br>VAT ID: ES23260787J |

| Factuur Nr : 2015/31 | Factuurdatum : 20/10/2015 | |
|---|---|---|

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 12x Gorky17 AmigaOS version | € 252,00 | | |
| 1x Pack 10 x "Gorky 17" Poster | € 20,00 | | |
| 2x T-Shirt - „powered by AmigaOS" size M | € 22,00 | | |
| 2x T-Shirt - „powered by AmigaOS" size L | € 22,00 | | |
| 3x T-Shirt - „powered by AmigaOS" size XL | € 33,00 | | |
| | | | |
| 1x pack Stickers - "30 years of emotion" (50 pieces/pack) free of charge | | | |
| Packaging and shipping | | | |
| INVOICE PAYABLE UPON RECEIPT | | | |
| BTW VERLEGD | | | |

| | BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|---|
| | | € 349,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – B-1040 Brussel
KBC BANK : Account number (IBAN) REDACTED    SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz

ATTORNEYS' EYES ONLY                    HYP_003149



Klantgegevens

| Hyperion Entertainment CVBA | Costel Mincea |
| Gentsesteenweg 1150 | Am Pfaffenberg 23 |
| B-1082 Brussel | 95173 Schönwald |
| | Duitsland |
| VAT BE 0466-380-552 RPR Leuven | VAT DE248249347 |

| Factuur Nr : 2014/01 | Factuurdatum : 5/03/2014 | Vervaldatum : 4/04/2014 |

| Omschr jving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| license fee 100x Plus Boingballs | € 50,00 | | |
| license fee 2000x Boing Beach Balls | € 500,00 | | |

| BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|
| | € 550,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Gentsesteenweg 1150 – B-1082 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB



Klantgegevens

| Hyperion Entertainment CVBA | Amiga On The Lake |
| Tervurenlaan 34 | APS Information Services Inc |
| B-1040 Brussel | 296 East 2nd Street |
| | Oswego, NY 13126 |
| VAT ID: BE 0466-380-552 | Verenigde Staten Van Amer ka |

Factuur Nr : 2016/015      Factuurdatum : 26/07/2016

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 6x T-Shirt - „powered by AmigaOS" size S | € 66,00 | | |
| 4x T-Shirt - „powered by AmigaOS" size M | € 44,00 | | |
| 2x T-Shirt - „powered by AmigaOS" size L | € 22,00 | | |
| 10x T-Shirt - „powered by AmigaOS" size 2XL | € 110,00 | | |
| 9x T-Shirt - „powered by AmigaOS" size 3XL | € 99,00 | | |
| 50x Notepads ISO/DIN A6 – "AmigaOS" | € 80,00 | | |
| 2x AmigaOS 4.1 Final Edition, lite retail, Sam460 | € 42,00 | | |
| 3x AmigaOS 4.1 Final Edition, lite retail, AmigaOne X1000 | € 63,00 | | |
| Discount:    10    % | -€ 52,60 | | |
| Packaging and Shipping cost | € 55,00 | | |
| Price of AmigaOS 4.1 Final Edition all platforms is 21 euro/unit | | | |
| paypal administration fee    3,5    % | € 18,49 | | |
| vrijgesteld van BTW volgens art. 39 W. BTW | | | |

| | BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|---|
| | | € 546,89 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Brussel
KBC BANK : Account number (IBAN): REDACTED    SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

| Hyperion Entertainment CVBA | Amiga On The Lake |
| Tervurenlaan 34 | APS Information Services Inc |
| B-1040 Brussel | 296 East 2nd Street |
| | Oswego, NY 13126 |
| VAT ID: BE 0466-380-552 | Verenigde Staten Van Amer ka |

Factuur Nr : 2016/017            Factuurdatum : 19/08/2016

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 20x Poster - "be authentic" | € 120,00 | | |
| 4x Poster - "Gorky 17" | € 8,00 | | |
| Discount:   10   % | -€ 12,80 | | |
| Packaging and Shipping cost | € 28,00 | | |
| paypal administration fee   3,5   % | € 5,01 | | |
| vrijgesteld van BTW volgens art. 39 W. BTW | | | |

| | BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|---|
| | | € 148,21 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Brussel
KBC BANK : Account number (IBAN): REDACTED    SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

| Hyperion Entertainment CVBA | Alinea Computer |
| --- | --- |
| Tervurenlaan 34 | Torsten Hees & Simon Neumann GbR |
| B-1040 Brussel | Amiga-Softwareentwicklung, Vertrieb und Online-Shop |
| | Geschwister-Scholl-Str. 26 |
| VAT ID: BE 0466-380-552 | 61273 Wehrheim |
| | Duitsland |
| | VAT ID: DE814213164 |

| Factuur Nr : | 2017/04 | Factuurdatum : 29/01/2017 |
| --- | --- | --- |

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
| --- | ---: | --- | --- |
| 5x T-Shirt - „powered by AmigaOS" size M | € 55,00 | | |
| 2x T-Shirt - „powered by AmigaOS" size XL | € 22,00 | | |
| Packaging and shipping | € 15,00 | | |
| INVOICE PAYABLE UPON RECEIPT | | | |
| BTW VERLEGD | | | |

| | BTW | Totaal exl BTW | Totaal incl BTW |
| --- | --- | ---: | --- |
| | | € 92,00 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

Hyperion Entertainment CVBA
Tervurenlaan 34
B-1040 Brussel

VAT ID: BE 0466-380-552

Amiga On The Lake
APS Information Services Inc
296 East 2nd Street
Oswego, NY 13126
Verenigde Staten Van Amerika

| Factuur Nr : | 2017/019 | Factuurdatum : 12/08/2017 | | |

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 10x T-Shirt - „powered by AmigaOS" size S | € 110,00 | | |
| 10x T-Shirt - „powered by AmigaOS" size L | € 110,00 | | |
| 10x T-Shirt - „powered by AmigaOS" size XL | € 110,00 | | |
| 25x T-Shirt - „powered by AmigaOS" size 3XL | € 275,00 | | |
| Packaging and Shipping cost | € 84,00 | | |
| paypal administration fee        3,5        % | € 24,12 | | |
| vrijgesteld van BTW volgens art. 39 W. BTW | | | |

| | BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|---|
| | | € 713,12 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

| Hyperion Entertainment CVBA | Amiga On The Lake |
| Tervurenlaan 34 | APS Information Services Inc |
| B-1040 Brussel | 296 East 2nd Street |
| | Oswego, NY 13126 |
| VAT ID: BE 0466-380-552 | Verenigde Staten Van Amerika |

| Factuur Nr : 2017/024 | Factuurdatum : 15/10/2017 |

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 15x T-Shirt - „powered by AmigaOS" size M | € 165,00 | | |
| 20x Descent Freespace | € 200,00 | | |
| 15x Gorky17 | € 255,00 | | |
| 50x NotePads AmigaOS | € 80,00 | | |
| Packaging and Shipping cost | € 55,00 | | |
| paypal administration fee           3,5       % | € 26,43 | | |
| vrijgesteld van BTW volgens art. 39 W. BTW | | | |

| | BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|---|
| | | € 781,43 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz

ATTORNEYS' EYES ONLY                                HYP_003069