# Exhibit 11

Plaintiffs' Motion for Partial Summary Judgment
Case No. 2:18-cv-00381

**GORDON E. R. TROY PC**
183 Highfield Dr., West Windsor, VT 05089
P.O. Box 1180 Shelburne, VT 05482
(802) 881-0640/Fax: (646) 588-1962



Klantgegevens

| Hyperion Entertainment CVBA | Alinea Computer |
| --- | --- |
| Tervurenlaan 34 | Torsten Hees & Simon Neumann GbR |
| B-1040 Brussel | Amiga-Softwareentwicklung, Vertrieb und Online-Shop |
| | Geschwister-Scholl-Str. 26 |
| VAT ID: BE 0466-380-552 | 61273 Wehrheim |
| | Duitsland |
| | VAT ID: DE814213164 |

| Factuur Nr : | 2018/12 | Factuurdatum : 7/10/2018 | | |
| --- | --- | --- | --- | --- |
| Omschrijving | | Totaal exl BTW | Totaal incl | BTW 21% |
| 40x AmigaOS 3.1.4 for Amiga 500/600/2000 (production set) | | € 600,00 | | |
| 40x AmigaOS 3.1.4 for Amiga 1200 (production set) | | € 600,00 | | |
| 5x AmigaOS 3.1.4 for Amiga 3000 (production set) | | € 75,00 | | |
| 10x AmigaOS 3.1.4 for Amiga 4000 (production set) | | € 150,00 | | |
| 5x AmigaOS 3.1.4 for Amiga 4000T (production set) | | € 75,00 | | |
| Total amount of units bought: 100 | | | | |
| Discount: | 10,00% | -€ 150,00 | | |
| Packaging and shipping | | € 15,00 | | |
| INVOICE PAYABLE UPON RECEIPT | | | | |
| BTW VERLEGD | | | | |
| | BTW | Totaal exl BTW | Totaal incl BTW | |
| | | € 1.365,00 | | |

**Wiring information:**
<u>Beneficiary</u>: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Brussel
<u>KBC BANK : Account number</u> (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz

ATTORNEYS' EYES ONLY                HYP_003086



Klantgegevens

Hyperion Entertainment CVBA
Tervurenlaan 34
B-1040 Brussel

VAT ID: BE 0466-380-552

Amiga On The Lake
APS Information Services Inc
296 East 2nd Street
Oswego, NY 13126
Verenigde Staten Van Amerika

Factuur Nr :   2018/013          Factuurdatum : 27/10/2018

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 100x AmigaOS 3.1.4 for Amiga 500/600/2000 (production set) | € 1.500,00 | | |
| 50x AmigaOS 3.1.4 for Amiga 1200 (production set) | € 750,00 | | |
| 22x AmigaOS 3.1.4 for Amiga 3000 (production set) | € 330,00 | | |
| 75x AmigaOS 3.1.4 for Amiga 4000 (production set) | € 1.125,00 | | |
| 10x AmigaOS 3.1.4 for Amiga 4000T (production set) | € 150,00 | | |
| Total amount of units bought: 257 | | | |
| Discount:    25,00% | -€ 963,75 | | |
| Packaging and Shipping cost | € 55,00 | | |
| paypal administration fee    3,5    % | € 103,12 | | |
| vrijgesteld van BTW volgens art. 39 W. BTW | | | |

| BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|
| | € 3.049,37 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz



Klantgegevens

Hyperion Entertainment CVBA
Tervurenlaan 34
B-1040 Brussel

VAT BE 0466-380-552

RELEC Software & Hardware AMIGA
Village du Levant 2B
1530 Payerne
Switzerland

| Factuur Nr : | 2018/014 | Factuurdatum : 28/10/2018 | Vervaldatum : 27/11/2018 |
|---|---|---|---|

| Omschrjving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 5x AmigaOS 3.1.4 for Amiga 500/600/2000 (production set) | € 75,00 | | |
| 3x AmigaOS 3.1.4 for Amiga 1200 (production set) | € 45,00 | | |
| 2x AmigaOS 3.1.4 for Amiga 4000 (production set) | € 30,00 | | |
| Total amount of unts bought: 10 | | | |
| Discount: | | | |
| Packaging and Shipping cost | € 11,00 | | |
| paypal administration fee 3,5% | € 5,63 | | |
| vrjgesteld van BTW volgens art. 39 W. BTW | | | |
| | BTW | Totaal exl BTW | Totaal incl BTW |
| | | € 166,63 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34– B-1040 Brussel
KBC BANK: Account number (IBAN): REDACTED   SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz

ATTORNEYS' EYES ONLY                HYP_003088



Klantgegevens

Hyperion Entertainment CVBA  
Tervurenlaan 34  
B-1040 Brussel  

VAT ID: BE 0466-380-552

Amiga On The Lake  
APS Information Services Inc  
296 East 2nd Street  
Oswego, NY 13126  
Verenigde Staten Van Amerika

| Factuur Nr : | 2018/022 | Factuurdatum : 9/12/2018 |
|---|---|---|

| Omschrijving | Totaal exl BTW | Totaal incl BTW 21% |
|---|---|---|
| 12x AmigaOS 3.1.4 for Amiga 500/600/2000 (production set) | € 180,00 | |
| 12x AmigaOS 3.1.4 for Amiga 1200 (production set) | € 180,00 | |
| 12x AmigaOS 3.1.4 for Amiga 3000 (production set) | € 180,00 | |
| 12x AmigaOS 3.1.4 for Amiga 4000 (production set) | € 180,00 | |
| 12x AmigaOS 3.1.4 for Amiga 4000T (production set) | € 180,00 | |
| Total amount of units bought: 317 | | |
| Discount:         25,00% | -€ 225,00 | |
| 5x Descent: Freespace | € 40,00 | |
| 5x Gorky17 | € 55,00 | |
| Bundle Discount for 'Gorky17/Descent: Freespace' for X5000 | -€ 20,00 | |
| 10x Notepads ISO/DIN A6 - "AmigaOS" | € 10,00 | |
| paypal administration fee      3,5      % | € 26,60 | |
| vrijgesteld van BTW volgens art. 39 W. BTW | | |

| | BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|---|
| | | € 786,60 | |

**Wiring information:**  
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Brussel  
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB  
Paypal: paypal@hyperion-entertainment.biz

ATTORNEYS' EYES ONLY                    HYP_003096



Klantgegevens

| Hyperion Entertainment CVBA | Sordan |
|---|---|
| Tervurenlaan 34 | 23 The Maieston |
| B-1040 Brussel | Santry Cross |
| | Ballymun, Dublin 11 |
| VAT ID: BE 0466-380-552 | D11 YH60 |
| | Ireland |
| | Tel: 0851301444 |

| Factuur Nr : | 2018/23 | Factuurdatum : 16/12/2018 | |
|---|---|---|---|

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 35x AmigaOS 3.1.4 for Amiga 500/600/2000 (production set) | € 525,00 | 635,25 € | |
| 150x AmigaOS 3.1.4 for Amiga 1200 (production set) | € 2.250,00 | 2722,50 € | |
| 15x AmigaOS 3.1.4 for Amiga 4000D (production set) | € 225,00 | 272,25 € | |
| Total amount of AmigaOS 3.1.4 bought: 250 | -€ 750,00 | -907,50 € | |
| Discount:        25,00% | | | |
| Packaging and shipping | € 28,00 | 33,88 € | |
| INVOICE PAYABLE UPON RECEIPT | | | |
| | BTW | Totaal exl BTW | Totaal incl BTW |
| | 478,38 € | € 2.278,00 | 2756,38 € |

**Wiring information:**

Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – 1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz

ATTORNEYS' EYES ONLY          HYP_003097



Klantgegevens

| | |
|---|---|
| Hyperion Entertainment CVBA<br>Tervurenlaan 34<br>B-1040 Brussel<br><br>VAT ID: BE 0466-380-552 | AMIGAstore.eu<br>Isabel Sánchez<br>Bujeque Jardineros, 4 – 2<br>IZ 30800 Lorca, Murcia<br>Spanje<br><br>VAT ID: ES23260787J |

| Factuur Nr : | 2019/025 | Factuurdatum : 5/09/2019 |
|---|---|---|

| Omschrijving | Totaal exl BTW | Totaal incl | BTW 21% |
|---|---|---|---|
| 21x AmigaOS 3.1.4 for Amiga 500/600/2000 (production set) | € 315,00 | | |
| 42x AmigaOS 3.1.4 for Amiga 1200 (production set) | € 630,00 | | |
| 5x AmigaOS 3.1.4 for Amiga 3000 (production set) | € 75,00 | | |
| 5x AmigaOS 3.1.4 for Amiga 4000D (production set) | € 75,00 | | |
| 5x AmigaOS 3.1.4 for Amiga 4000T (production set) | € 75,00 | | |
| Total amount of AmigaOS 3.1.4 bought: 675 | | | |
| Discount:     25% | -€ 292,50 | | |
| 10x AmigaOS 4.1 Final Edition, lite retail, Classic | € 200,00 | | |
| Total amount of AmigaOS41FE bought: 128 | | | |
| Discount: 5% | -€ 10,00 | | |
| Packaging and shipping | € 11,98 | | |
| BTW VERLEGD | | | |

| | BTW | Totaal exl BTW | Totaal incl BTW |
|---|---|---|---|
| | | € 1.079,48 | |

**Wiring information:**
Beneficiary: Hyperion Entertainment CVBA – Tervurenlaan 34 – B-1040 Brussel
KBC BANK : Account number (IBAN): REDACTED – SWIFT (BIC) KREDBEBB
Paypal: paypal@hyperion-entertainment.biz