The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>                 Plaintiffs,<br><br>  v.<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>                 Defendant. | Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535)<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO VACATE AND RESET PRETRIAL CALENDAR, AND TO ALLOW THE PARTIES TIME TO DEPOSE A NEW WITNESS |
| HYPERION ENTERTAINMENT CVBA<br><br>                 Counterclaim Plaintiff,<br><br>  v.<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>                 Counterclaim Defendants. | |

ORDER GRANTING PLAINTIFFS' MOTION TO VACATE AND RESET PRETRIAL CALENDAR, AND TO ALLOW THE PARTIES TIME TO DEPOSE A NEW WITNESS

Page | 1

This matter comes before the Court on Plaintiffs Cloanto Corporation, Amiga, Inc., ITEC LLC, and Amino Development Corporation (collectively, "Plaintiffs")'s unopposed Motion to Vacate and Reset Pretrial Calendar, and to Allow the Parties Time to Depose a New Witness. Dkt. #117. As of the date of this Order, Defendants Hyperion Entertainment CVBA ("Hyperion") has not filed a response.

The Court is in receipt of a document entitled "Defendant's Objection and Cross-Motion to Vacate and Reset Pretrial Calendar," sent via e-mail to this Court's Orders inbox by Ben Hermans, Managing Director and Principal for Hyperion. The communication explains that Defendant's attorney, Eric Harrison, is unreachable at this time. Consequently, Mr. Hermans submitted the objection and cross-motion in his capacity as sole director and principal of Hyperion.

Pursuant to this Court's local rules, counsel is required to electronically file documents through the court's electronic filing system and to comply with electronic filing procedures. W.D. Wash. Local Rules LCR 5(d). Given that Hyperion is currently represented by Mr. Harrison, Mr. Hermans' word document is not properly before the Court as an opposition to Plaintiff's motion.

Accordingly, Plaintiffs' unopposed motion is GRANTED as set forth below. To the extent Hyperion seeks further amendment of case deadlines, this Order does not preclude it from seeking further relief.

**CONCLUSION**

Having reviewed Plaintiffs' unopposed motion, the Court ORDERS as follows:

1. Plaintiffs' motion is granted.
2. All current pre-trial dates in this matter are stricken, and the pre-trial schedule is set as follows:

//

//

ORDER GRANTING PLAINTIFFS' MOTION TO VACATE AND RESET PRETRIAL CALENDAR, AND TO ALLOW THE PARTIES TIME TO DEPOSE A NEW WITNESS

| Deadline/Event | Proposed |
|---|---|
| Deposition of Evert Carton to occur no later than | 30 days following the date of this Order |
| Agreed pretrial order due | 60 days following the Court's decision on the motions for summary judgment |
| Plaintiffs' pre-trial brief due | 30 days following the Court's decision on the motions for summary judgment |
| Defendant's pre-trial brief due | 40 days following the Court's decision on the motions for summary judgment |
| Pretrial conference | To be set by Court |
| All motions *in limine* must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | 50 days following the Court's decision on the motions for summary judgment |
| Trial brief, proposed *voir dire* questions, jury instructions, neutral statement of the case, and trial exhibits due | To be set by Court |
| **Trial date** | To be set by Court |

DATED this 28th day of May 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION TO VACATE AND RESET PRETRIAL CALENDAR, AND TO ALLOW THE PARTIES TIME TO DEPOSE A NEW WITNESS

Page | 3