1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | Case No. C18-381RSM<br><br>ORDER DENYING MOTION TO SEAL |

 This matter comes before the Court on Plaintiffs' Motion to Seal Exhibits 2, 3, 5, 7, 10, and 11. Dkt. #99.

 "There is a strong presumption of public access to the court's files." Local Rule 5(g). The Court's Local Rules explicitly instruct the parties to present legal and evidentiary support in a motion to seal. Normally that motion must include "a specific statement of the applicable legal standard and the reasons for keeping a document under seal, with evidentiary support from declarations where necessary." Local Rule 5(g)(3)(B). However:

> Where parties have entered a litigation agreement or stipulated protective order (see LCR 26(c)(2)) governing the exchange in discovery of documents that a party deems confidential, a party wishing to file a confidential document it obtained from another party in discovery may file a motion to seal but need not satisfy subpart (3)(B) above. Instead, the party who designated the

ORDER DENYING MOTION TO SEAL - 1

document confidential must satisfy subpart (3)(B) in its response to the motion to seal or in a stipulated motion.

Local Rule 5(g)(3).

Plaintiffs are moving to seal documents that Defendants designated as confidential in discovery.  Plaintiffs do not argue that these documents should be sealed; the only reason Plaintiffs have filed the instant Motion is to comply with the Court's Local Rule 5(g)(3).  The Motion indicates that the parties failed to meet and confer about this issue.  Defendants have not filed a response brief to this Motion.  *See* Docket.  The Court finds that no basis has been presented to keep these exhibits under seal.

Accordingly, the Court hereby FINDS and ORDERS that Plaintiffs' Motion, Dkt. #99 is DENIED.  The Court DIRECTS the Clerk to immediately unseal Dkt. #101.

DATED this 12th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION TO SEAL - 2