THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>    Defendant. | 2:18-cv-00381-RSM<br>(Consolidated with 2:18-CV-0535)<br><br>**DEFENDANT AND COUNTERCLAIM PLAINTIFF HYPERION ENTERTAINMENT C.V.B.A'S AMENDED MOTION FOR COSTS**<br><br>Note on Motion Calendar: April 28, 2023 |
| HYPERION ENTERTAINMENT CVBA,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>    Counter-Defendants. | |

AMENDED MOTION FOR COSTS  - 1
Civil Action No. 2:18-cv-00381

**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402

Judgment having been entered in favor of Defendant Hyperion Entertainment C.V.B.A. ("Hyperion"), Hyperion hereby requests a taxation of costs in this matter. This request is supported by the original declaration of John Bamert and its exhibits. Dkt. #145. This amended request is also supported by the supplemental declaration of John Bamert and its exhibits, filed herewith in view of the Clerk's Notice to Filer issued April 14, 2023, regarding Docket No. 146.

**Costs for filing complaint**. To file the complaint to bring this matter to the proper venue, Hyperion paid this Court $400. Dkt. #145-2 at 8; Bamert Supp. Decl. ¶2, Ex. 1 at 2.

**Costs for serving plaintiffs**. To serve the plaintiffs who did not waive service, Hyperion paid process servers $534. Dkt. #145-2 at 19; Bamert Supp. Decl. ¶2, Ex. 1 at 3–5 (one charge of $125 and one charge of $409).

**Costs for copies**. To prepare and utilize documents in this case, Hyperion paid $32.60 for copies necessarily obtained for use in the case. Dkt. #145-4 at 9.

**Costs for delivering documents to plaintiffs**. To provide documents to plaintiffs in this case, Hyperion paid $18.25 in courier charges. Dkt. #145-5 at 20; Bamert Supp. Decl. ¶3, Ex. 2 at 2.

**Costs for transcripts**. To obtain transcripts of Evert Carton, Hyperion paid $853.25 for such deposition necessarily obtained for use in the case. Dkt. #145-7 at 6; Bamert Supp. Decl. ¶4, Ex. 3 at 2.

## CONCLUSION

As explained above, Hyperion seeks a taxation of costs in the amount of $1,838.10.

//

AMENDED MOTION FOR COSTS - 2
Civil Action No. 2:18-cv-00381

**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402

1    DATED this 18th day of April, 2023.

                                                  BAMERT REGAN

                                                  s/ John J. Bamert
                                                  John J. Bamert, WSBA No. 48128
                                                  Bamert@BamertRegan.com
                                                  113 Cherry St., Unit 55215
                                                  Seattle, Washington 98104
                                                  T: 206.669.2402

                                                  *Attorney for Defendant and Counterclaim Plaintiff, Hyperion Entertainment C.V.B.A.*

AMENDED MOTION FOR COSTS - 3
Civil Action No. 2:18-cv-00381

**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402