THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | 2:18-cv-00381-RSM<br>(Consolidated with 2:18-CV-0535)<br><br>**SUPPLEMENTAL DECLARATION OF JOHN J. BAMERT, ESQ. IN SUPPORT OF DEFENDANT AND COUNTERCLAIM PLAINTIFF HYPERION ENTERTAINMENT C.V.B.A'S AMENDED MOTION FOR COSTS** |
| HYPERION ENTERTAINMENT CVBA,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counter-Defendants. | |



**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402

I, John J. Bamert, hereby state and declare as follows:

1. I am one of the attorneys representing Defendant Hyperion Entertainment C.V.B.A. ("Hyperion") in the above-captioned matter. I make the following statements based on my personal knowledge or upon review of relevant documents. I submit this Declaration in support of Defendant Hyperion's Amended Motion for Costs. If called to testify regarding the matters set forth in this declaration, I am competent and willing to do so.
2. Attached as Exhibit 1 to my declaration is a true and accurate copy of receipts for costs incurred by the law firm of Lee & Hayes, PLLC in representation of Hyperion in this matter, including $400 paid to this court for filing a complaint, $125 for service of a party to this action, and $409 for service of a party to this action.
3. Attached as Exhibit 2 to my declaration is a true and accurate copy of an invoice to the law firm of RatnerPrestia in representation of Hyperion in this matter, including $18.25 for courier charges in providing documents to the plaintiffs.
4. Attached as Exhibit 3 to my declaration is a true and accurate copy of an invoice to the law firm of Lowe Graham Jones PLLC in representation of Hyperion in this matter, including $853.25 for a deposition transcript scheduled by the plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

//



**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402

Executed on this 18th day of April, 2023.

BAMERT REGAN

s/ John J. Bamert
John J. Bamert, WSBA No. 48128
Bamert@BamertRegan.com
113 Cherry St., Unit 55215
Seattle, Washington 98104
T: 206.669.2402

*Attorney for Defendant and Counterclaim Plaintiff, Hyperion Entertainment C.V.B.A.*



**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402