# EXHIBIT 1

**Laurie Davis**

---

**From:** notification@pay.gov
**Sent:** Tuesday, March 13, 2018 4:32 PM
**To:** Laurie Davis; Shelly Gleason
**Subject:** Pay.gov Payment Confirmation: WAWD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CM/ECF Support at (866) 323-9293.

Application Name: WAWD CM ECF
Pay.gov Tracking ID: 268D44L3
Agency Tracking ID: 0981-5237185
Transaction Type: Sale
Transaction Date: Mar 13, 2018 7:31:41 PM

Account Holder Name: Michelle Gleason
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************5850

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

# Confirmation

**ABC Legal Services**
633 Yesler Way
Seattle , WA 98104

| | |
|---|---|
| **Customer Number:** | 109440 |
| **Payment Number:** | WEBPMT0000018975 |
| **Customer Name:** | Lee & Hayes, PLLC |
| **Created Date:** | 6/12/2018 |
| **Status:** | Processed |
| **Process Date:** | 6/12/2018 |
| **Amount:** | $125.00 |

# Transaction Details

| | |
|---|---|
| **Capture Amount:** | $125.00 |
| **Status:** | Approved |
| **Type:** | Visa |
| **Origination ID:** | 056800 |
| **Card / Account Number:** | XXXXXXXXXXXX8858 |
| **Authorization Code:** | |
| **Billing Address:** | Sonia Velasco<br>701 Pike St., Ste 1600<br>Seattle , WA 98101<br>USA |

POWERED BY NODUS

**Sonia Velasco**

---

**From:** support@payfabric.com
**Sent:** Tuesday, June 12, 2018 11:09 AM
**To:** Sonia Velasco
**Subject:** ABC Legal Services Payment Receipt - # 180612673008 -

# ABC LEGAL SERVICES

**633 YESLER WAY**

**SEATTLE,WA**

**206-521-9000**

**Sale**

Transaction #180612673008 REFERENCE #

Customer109440

Date: 6/12/2018 11:07:48 AM

Subtotal: 125.00

Tax: 0.00

Total: 125.00

Cash Received: 125.00

Card Type: CreditCard

CC#: XXXXXXXXXXXX8858

**Sonia Velasco**

---

**From:** support@payfabric.com
**Sent:** Friday, June 8, 2018 9:53 AM
**To:** Sonia Velasco
**Subject:** ABC Legal Services Payment Receipt - # 180608646681 -

# ABC LEGAL SERVICES

**633 YESLER WAY**

**SEATTLE,WA**

**206-521-9000**

**Sale**

Transaction #180608646681 REFERENCE #

Customer109440

Date: 6/8/2018 9:52:31 AM

Subtotal: 409.00

Tax: 0.00

Total: 409.00

Cash Received: 409.00

Card Type: CreditCard

CC#: XXXXXXXXXXXX8858