# EXHIBIT 2

FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-375-25724 | Nov 20, 2018 | 1029-1632-8 | 2 of 6 |

## FedEx Express Shipment Summary By Payor Type

FedEx Express Shipments (Original)

| Payor Type | Shipments | Rated Weight lbs | Transportation Charges | Special Handling Charges | Ret Chg/Tax Credits/Other | Discounts | Total Charges |
|---|---|---|---|---|---|---|---|
| Shipper | 16 | 47.0 | 471.70 | 30.90 | | -162.28 | 340.32 |
| Total FedEx Express | 16 | 47.0 | $471.70 | $30.90 | | -$162.28 | $340.32 |

**TOTAL THIS INVOICE** **USD** **$340.32**

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** Nov 09, 2018 **Cust. Ref.:** HYP-905 **Ref.#2:**
**Payor:** Shipper **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
Distance Based Pricing, Zone 3

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 773688796038 | Jane Frankland | Gordon Troy, Esq. |
| Service Type | FedEx Priority Overnight | 2200 Renaissance Blvd | Gordon E. R. Troy, PC |
| Package Type | FedEx Envelope | KING OF PRUSSIA PA 19406 US | 5203 Shelburne Road |
| Zone | 03 | | SHELBURNE VT 05482 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Nov 12, 2018 09:23 | Transportation Charge | 27.58 |
| Svc Area | A7 | Discount | -10.76 |
| Signed by | B.WILKINS | Fuel Surcharge | 1.43 |
| FedEx Use | 000000000/197/_ | **Total Charge** USD | **$18.25** |

**Ship Date:** Nov 09, 2018 **Cust. Ref.:** ITME-9045, ITME-106KW **Ref.#2:**
**Payor:** Shipper **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
Distance Based Pricing, Zone 2

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 773690213200 | Jane Frankland | Cynthia Barnes |
| Service Type | FedEx Priority Overnight | 2200 Renaissance Blvd | Corporate Legal Services, Inc. |
| Package Type | FedEx Envelope | KING OF PRUSSIA PA 19406 US | 5185 MacArthur Blvd. NW |
| Zone | 02 | | WASHINGTON DC 20016 US |
| Packages | 1 | | |

Continued on next page

**FedEx® Billing Online**
FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!