# EXHIBIT 3

**Atkinson Baker**
**A Veritext Company**

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4049 Fax. 973-629-1305
Fed. Tax ID: 20-3132569

**Bill To:** John Bamert
Lowe Graham Jones
701 Fifth Avenue
Suite 4800
Seattle WA, 98104

**Invoice #:** AF04881-AB
**Invoice Date:** 7/2/2021

| | | | |
|---|---|---|---|
| **Case No.** | 2:18-cv-00381 | **Claim No.** | |
| **Case:** | Cloanto Corp. vs. Hyperion Entertainment | **Insurance Co:** | |
| **Job #:** | AF04881 | **Insured** | |
| **Billing Atty:** | John Bamert | **DOL:** | |
| **Location:** | Remote Court Reporter<br><br>, WA | **Client Ref.#1** | |
| | | **Client Ref.#2** | |
| **Sched Atty:** | Gordon E. R. Troy \| Law Offices of Gordon E. R. Troy, PC | **Adjuster** | |

| Description | Amount |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Evert Carton, taken 6/25/2021. | $853.25 |

CURRENT STATUS
A REPRINTED ORIGINAL INVOICE

| | |
|---|---|
| **Invoice Total:** | $853.25 |
| **Payment:** | ($853.25) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**