The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | DECLARATION OF GORDON E. R. TROY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO HYPERION'S MOTION FOR ATTORNEY'S FEES<br><br>Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535)<br><br>Noted on Motion Calendar: April 28, 2023 |
| HYPERION ENTERTAINMENT CVBA<br><br>Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counterclaim Defendants. | |



**GORDON E. R. TROY PC**
183 Highfield Drive, West Windsor, VT 05089
P.O. Box 67, Windsor, VT 05089
(802) 881-0640

I, Gordon E. R. Troy, declare under penalty of perjury pursuant to 28 U.S. Code § 1746 as follows:

1. I make this declaration based on my personal knowledge, except where I have indicated otherwise. If called as a witness, I would testify competently and truthfully to these matters.

2. I am one of the attorneys of record for Plaintiffs in this action.

3. In 2019, after the Court issued its Order of May 16, 2019 (Dkt. 69), Hyperion served documents in response to Plaintiffs' discovery requests on August 13, September 9, September 12, September 26, and October 1, 2019.

4. The documents served on each of these dates evidenced Cloanto's accusations of copyright and trademark infringement, and the Amiga Parties' claims that Hyperion was in breach of the Settlement Agreement. Such documents included:

a. sales reports of AmigaOS3.1.4, Workbench 3.1, Kickstart 3.1, Workbench 1.3.3, and Kickstart 1.3, each of which was the subject of copyright and/or trademark violations;

b. various license agreements that Hyperion entered into with third parties, together with invoices for versions of the "Software" prior to AmigaOS 3.1, as well as unauthorized merchandise; and

c. Evidence of the use of Licensed Marks that exceeded the express grant in the Settlement Agreement;

5. Also following the Court's 2019 Order, the parties engaged experts to address the issue of the scope of rights in copyright granted to Hyperion in the Settlement Agreement. Plaintiffs' expert was Paul Clements, who wrote the book from which the Settlement Agreement derived the term "Software Architecture," and whose testimony addressed Hyperion's scope of rights under the Settlement Agreement. Mr. Clements' expert report was served on Hyperion on June 12, 2019. Hyperion served its "Defendant's Rebuttal Expert Disclosure of Olaf Barthel" on



GORDON E. R. TROY PC
183 Highfield Drive, West Windsor, VT 05089
P.O. Box 67, Windsor, VT 05089
(802) 881-0640

July 12, 2019.

I hereby state under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of April 2023, at West Windsor, Vermont.

Gordon E. R. Troy



**GORDON E. R. TROY PC**
183 Highfield Drive, West Windsor, VT 05089
P.O. Box 67, Windsor, VT 05089
(802) 881-0640