The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | PLAINTIFFS' OPPOSITION TO HYPERION'S MOTION FOR COSTS<br><br>Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535)<br><br>Noted on Motion Calendar: April 28, 2023 |
| HYPERION ENTERTAINMENT CVBA<br><br>Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counterclaim Defendants. | |

Plaintiffs, by and through their attorneys, as and for their opposition to Defendant Hyperion's Motion for Costs (Dkt. 146), state as follows:



**GORDON E. R. TROY PC**
183 Highfield Drive, West Windsor, VT 05089
P.O. Box 67, Windsor, VT 05089
(802) 881-0640

LCR 54(d)(1) states that a "party in whose favor a judgment is rendered, and who seeks to recover costs, shall, within twenty-one days after the entry of judgment, file and serve a motion for costs…." (Emphasis added.) Since the Court has not entered judgment, Hyperion's motion should be denied as premature. *See v. San Juan County*, C13-1321, 2015 WL 11234161 (Feb. 18, 2015, W.D. Wash.).

Nor should the Court enter judgment at this time. On April 11, 2023, pursuant to the Court's Order of March 30, 2023 (Dkt. 141), Defendant filed its "Second Amended Counterclaims." Fed. R. Civ. P. 54(b) provides that

> [A]ny order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

Because the case continues, it would not be appropriate to enter judgment at this time.

## **CONCLUSION**

For these reasons, Hyperion's Motion for Costs should be denied.



**GORDON E. R. TROY PC**
183 Highfield Drive, West Windsor, VT 05089
P.O. Box 67, Windsor, VT 05089
(802) 881-0640

DATED: April 24, 2023.

By /s/ Gordon E. R. Troy
Gordon E. R. Troy
*Pro Hac Vice*
Gordon E. R. Troy, PC
183 Highfield Drive
West Windsor, VT 05089
Tel. (802) 881-0640
gtroy@webtm.com

By /s/ Michael G. Atkins
Michael G. Atkins, WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel (206) 628-0983
Fax (206) 299-3701
mike@atkinsip.com

Attorneys for Plaintiffs

I certify that this memorandum contains 212 words, in compliance with the Local Civil Rules.