THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>       Defendant. | 2:18-cv-00381-RSM<br>(Consolidated with 2:18-CV-0535)<br><br>**STIPULATION OF DISMISSAL OF HYPERION'S COUNTERCLAIMS**<br><br>Note on Motion Calendar: April 26, 2023 |
| HYPERION ENTERTAINMENT CVBA,<br><br>       Counterclaim Plaintiff,<br><br>  v.<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>       Counter-Defendants. | |

STIPULATION OF DISMISSAL OF COUNTERCLAIMS - 1
Civil Action No. 2:18-cv-00381

**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402

1  The parties to this action stipulate and agree that, pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii),
2  all counterclaims brought by Defendant Hyperion Entertainment C.V.B.A. ("Hyperion") should
3  be dismissed with prejudice and without an award of costs or fees to any party with respect to
4  those counterclaims.

6  I certify that this memorandum contains 46 words, in compliance with the Local Civil
7  Rules.

8  DATED this 26th day of April, 2023.

BAMERT REGAN

s/ John J. Bamert
John J. Bamert, WSBA No. 48128
Bamert@BamertRegan.com
113 Cherry St., Unit 55215
Seattle, Washington 98104
T: 206.669.2402

*Counsel for Defendant and Counterclaim Plaintiff, Hyperion Entertainment C.V.B.A.*

GORDON E. R. TROY, PC

s/ Gordon E. R. Troy
Gordon E. R. Troy, *Pro Hac Vice*
gtroy@webtm.com
183 Highfield Drive
West Windsor, VT 05089
T: 802.881.0640

*Counsel for Plaintiffs and Counterclaim Defendants*

STIPULATION OF DISMISSAL OF COUNTERCLAIMS - 2
Civil Action No. 2:18-cv-00381

**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402