THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>      Defendant. | 2:18-cv-00381-RSM<br>(Consolidated with 2:18-CV-0535)<br><br>**ORDER DISMISSING HYPERION'S COUNTERCLAIMS** |
| HYPERION ENTERTAINMENT CVBA,<br><br>      Counterclaim Plaintiff,<br><br>  v.<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>      Counter-Defendants. | |

ORDER - 1
Civil Action No. 2:18-cv-00381

**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

This matter came before the Court on the parties' stipulation of dismissal regarding Defendant Hyperion Entertainment C.V.B.A.'s ("Hyperion") counterclaims. The stipulation is self-executing under Fed. R. Civ. P. 41(a)(1)(A)(ii). Hyperion's counterclaims are therefore DISMISSED with prejudice and without an award of costs or fees to any party with respect to those counterclaims.

DATED this 27th day of April, 2023.

[signature]

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

BAMERT REGAN

s/ John J. Bamert

John J. Bamert, WSBA No. 48128
Bamert@BamertRegan.com
206.669.2402
113 Cherry St, Unit 55215
Seattle, Washington 98104

*Counsel for Defendant and Counterclaim Plaintiff, Hyperion Entertainment C.V.B.A.*

ORDER - 2
Civil Action No. 2:18-cv-00381

**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402

GORDON E. R. TROY, PC

s/ Gordon E. R. Troy
Gordon E. R. Troy, *Pro Hac Vice*
gtroy@webtm.com
183 Highfield Drive
West Windsor, VT 05089
T: 802.881.0640

*Counsel for Plaintiffs and Counterclaim Defendants*

ORDER - 3
Civil Action No. 2:18-cv-00381

**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402