THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC.,<br>ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | 2:18-cv-00381-RSM<br>(Consolidated with 2:18-CV-0535)<br><br>**DEFENDANT AND COUNTERCLAIM PLAINTIFF HYPERION ENTERTAINMENT C.V.B.A'S REPLY IN SUPPORT OF MOTION FOR COSTS**<br><br>Note on Motion Calendar: April 28, 2023 |
| HYPERION ENTERTAINMENT CVBA,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CLOANTO CORPORATION, AMIGA, INC.,<br>ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counter-Defendants. | |



**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402

There is no just reason for delay here because all claims have been dismissed. Dkt #155.

**CONCLUSION**

As explained in the motion for costs, Hyperion seeks a taxation of costs in the amount of $1,838.10.

I certify that this memorandum contains 35 words, in compliance with the Local Civil Rules.

DATED this 28th day of April, 2023.

BAMERT REGAN

s/ John J. Bamert
John J. Bamert, WSBA No. 48128
Bamert@BamertRegan.com
113 Cherry St., Unit 55215
Seattle, Washington 98104
T: 206.669.2402

*Attorney for Defendant and Counterclaim Plaintiff, Hyperion Entertainment C.V.B.A.*