The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>            Plaintiffs,<br><br>  - against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>            Defendant. | NOTICE OF APPEAL<br><br>Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535) |
| HYPERION ENTERTAINMENT CVBA<br><br>            Counterclaim Plaintiff,<br><br>  - against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>            Counterclaim Defendants. | |

      Cloanto Corporation, Amiga, Inc., ITEC, LLC, and Amino Development Corporation, Plaintiffs/Appellants, seek review by the United States Court of Appeals for the Ninth Circuit, of the Order on motions for summary judgment (Dkt. 141), entered on March 30, 2023, and the

Notice of Appeal
Case No. 2:18-cv-00381

Page | 1

**GORDON E. R. TROY PC**
183 Highfield Drive, West Windsor, VT 05089
P.O. Box 67, Windsor, VT 05089
(802) 881-0640

Order Denying Motion for Reconsideration (Dkt. 149), entered on April 24, 2023.

 Appellants reserve the right to amend this Notice of Appeal upon entry of judgment in the District Court, and upon entry of any decision on attorney fees and costs.

Dated this 1st day of May 2023.

          By /s/ Gordon E. R. Troy
           Gordon E. R. Troy
           *Pro Hac Vice*
           Gordon E. R. Troy, PC
           183 Highfield Drive
           West Windsor, VT 05089
           Tel. (802) 881-0640
           gtroy@webtm.com

          By /s/ Michael G. Atkins
           Michael G. Atkins, WSBA# 26026
           Atkins Intellectual Property, PLLC
           113 Cherry Street #18483
           Seattle, WA 98104-2205
           Tel (206) 628-0983
           Fax (206) 299-3701
           mike@atkinsip.com

          Attorneys for Plaintiffs/Appellants

Counsel for Defendant/Appellee Hyperion Entertainment C.V.B.A.

John J. Bamert
Bamert Regan
113 Cherry St., Unit 55215
Seattle, Washington 98104
206-669-2402
Bamert@BamertRegan.com

Kevin Edward Regan
Lowe Graham Jones PLLC
1325 Fourth Ave., Ste. 1130
Seattle, WA 98101
206-601-5180
regan@bamertregan.com

Notice of Appeal
Case No. 2:18-cv-00381

Page | 2

GORDON E. R. TROY PC
183 Highfield Drive, West Windsor, VT 05089
P.O. Box 67, Windsor, VT 05089
(802) 881-0640

CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington, using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated at West Windsor, Vermont this 1st day of May 2023.

/s/ Gordon E. R. Troy

Notice of Appeal
Case No. 2:18-cv-00381

Page | 3

**GORDON E. R. TROY PC**
183 Highfield Drive, West Windsor, VT 05089
P.O. Box 67, Windsor, VT 05089
(802) 881-0640