# United States District Court
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, *et al*,<br><br>　　　　　　　　　Plaintiffs,<br>　v.<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>　　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. C18-381 RSM |

____　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　X　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

　　Plaintiffs' Motion for Partial Summary Judgment (Dkt. #100) is DENIED.  Hyperion's Motion for Summary Judgment (Dkt. #105) is GRANTED as to all Counts contained in the Second Amended Complaint and as to all Plaintiffs.  Plaintiffs' claims in the Second Amended Complaint are DISMISSED.

　　DATED this 2nd day of May, 2023.

　　　　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　*s/Serge Bodnarchuk*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk