UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC., and AMINO DEVELOPMENT CORPORATION

Plaintiff,

v.

HYPERION ENTERTAINMENT C.V.B.A.

Defendants.

---

HYPERION ENTERTAINMENT C.V.B.A.

Counterclaim Plaintiff,

v.

CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC., and AMINO DEVELOPMENT CORPORATION

Counter-Defendants.

Case No. 2:18-cv-00381 RSM
*Consolidated with 18-cv-0535*

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against Counterdefendant(s) and Plaintiff(s) CLOANTO CORPORATION etal, and on behalf of Counterclaim Plaintiff(s) and Defendant(s) HYPERION ENTERTAINMENT C.V.B.A. in the amount of $1,838.10. Costs that are to be awarded or partially awarded are enumerated below:

| Deponent or Fee Type | Cost Requested | Cost Disallowed | Cost Allowed |
|---|---|---|---|
| **Fees of the Clerk** | $400.00 | $0 | $400.00 |
| **Fees for Service of Summons and Subpoena** | $534.00 | $0 | $534.00 |
| **Deposition Transcript-** Evert Carton | $853.25 | $0 | $853.25 |
| **Fees for Exemplification and Copy Costs necessarily obtained for use in the case** | $32.60 | $0 | $32.60 |
| **Miscellaneous (Delivery fees)** | $18.25 | $0 | $18.25 |
| | | | |
| **Totals** | **Costs Requested** $1,838.10 | **Costs Disallowed** $0.00 | **Costs Allowed** $1,838.10 |

Entered this 3rd day of May, 2023

Ravi Subramanian, Clerk
U. S. District Court

By: s/ PATRICK SHERWOOD
Patrick Sherwood, Deputy in Charge