The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | PLAINTIFFS' MOTION FOR PAYMENT OF COSTS TO COURT TO STAY ENFORCEMENT OF AWARD OF COSTS PENDING APPEAL<br><br>Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535)<br><br>Note on Motion Calendar: June 2, 2023 |
| HYPERION ENTERTAINMENT CVBA<br><br>Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counterclaim Defendants. | |

Plaintiffs, by and through their attorneys, as and for their Motion for Payment of Costs to Court to Stay Enforcement of Award of Costs Pending Appeal, state as follows:



**GORDON E. R. TROY PC**
183 Highfield Drive, West Windsor, VT 05089
P.O. Box 67, Windsor, VT 05089
(802) 881-0640

**A. Relief Requested.**

Pursuant to Rule 62(d), Plaintiffs Cloanto Corporation, Amiga, Inc., ITEC, LLC, and Amino Development Corporation ask this Court to approve the payment to the Court of $2,471.36 to stay enforcement of the award of costs pending their appeal to the Ninth Circuit Court of Appeals. The amount is based on an award of costs in the amount of $1,838.10, plus $133.26 (18 months of interest at the constant rate of interest of 4.83% per annum), plus $500 (for taxable costs on appeal).

**B. Statement of Facts.**

Judgment in this matter was entered by the Clerk of Court on May 2, 2023 (Dkt. 159), granting Defendant Hyperion Entertainment CVBA's Motion for Summary Judgment (Dkt. 105) as to all Counts contained in the Second Amended Complaint and as to all Plaintiffs, and dismissing all of Plaintiffs' claims in the Second Amended Complaint.

On May 3, 2023, costs in the amount of $1,838.10 were taxed against Plaintiffs and in favor of Defendant Hyperion.

On May 5, 2023, Plaintiffs filed a Notice of Appeal with the Ninth Circuit Court of Appeals, Case No. 23-35315, appealing the District Court's final judgment.

**C. Statement of Issue.**

Should the Court approve the Plaintiffs' payment to the Court in the amount of $2,471.36 to stay enforcement of the award of costs in the amount of $1,838.10 pending the Plaintiffs' appeal?

**D. Authority.**

Rule 62 governs the stay of proceedings to enforce a judgment, and an award of costs are part of the Court's judgment. Under Rule 62(d), an appellant may stay a monetary judgment as a matter of right by posting a bond or other security. In this case, Plaintiffs propose payment to the Court of the full amount, $1,838.10, plus $133.26, representing interest on the award at the rate



GORDON E. R. TROY PC
183 Highfield Drive, West Windsor, VT 05089
P.O. Box 67, Windsor, VT 05089
(802) 881-0640

of 4.83% for a period of 18 months, and the sum of $500 for potentially taxable costs on appeal. If this amount is paid to the Court, Hyperion would be secured against any possible loss resulting from a stay of execution of the award.

**E. Conclusion**.

For the reasons stated above, the Court should approve payment by Plaintiffs to the Court of $2,471.36 to stay enforcement of the award of costs pending their appeal.

DATED this 16th day of May, 2023.


By /s/ Gordon E. R. Troy
Gordon E. R. Troy
*Pro Hac Vice*
Gordon E. R. Troy, PC
183 Highfield Drive
West Windsor, VT 05089
Tel. (802) 881-0640
gtroy@webtm.com

By /s/ Michael G. Atkins
Michael G. Atkins, WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel (206) 628-0983
Fax (206) 299-3701
mike@atkinsip.com

Attorneys for Plaintiffs