The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PAYMENT OF COSTS TO COURT TO STAY ENFORCEMENT OF AWARD OF COSTS PENDING APPEAL<br><br>Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535)<br><br>Noted on Motion Calendar:<br>June 2, 2023 |
| HYPERION ENTERTAINMENT CVBA<br><br>Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counterclaim Defendants. | |

This matter comes before the Court on Plaintiffs' Motion for Payment of Costs to Court to Stay Enforcement of Award of Costs Pending Appeal.

Having reviewed the files in this case, and deeming itself fully informed, the Court



**GORDON E. R. TROY PC**
183 Highfield Drive, West Windsor, VT 05089
P.O. Box 67, Windsor, VT 05089
(802) 881-0640

finds and orders as follows:

1. Plaintiffs' motion is granted.
2. Plaintiff is authorized to deposit with the Court the amount of $2,471.36. The amount is based on the award of costs in this case in the amount of $1,838.10, plus $133.26 (18 months of interest at the constant rate of interest of 4.83% per annum), plus $500 (for taxable costs on appeal).
3. Upon making the deposit, enforcement of the award of costs is stayed pending disposition of Plaintiffs' appeal to the Ninth Circuit Court of Appeals.

ORDERED this _____day of May, 2023.

__________________________________
The Honorable Ricardo S. Martinez
United States District Court Judge

Presented by:

By /s/ Gordon E. R. Troy
Gordon E. R. Troy
*Pro Hac Vice*
Gordon E. R. Troy, PC
183 Highfield Drive
West Windsor, VT 05089
Tel. (802) 881-0640
gtroy@webtm.com

By /s/ Michael G. Atkins
Michael G. Atkins, WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel (206) 628-0983
mike@atkinsip.com

Attorneys for Plaintiffs