THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | 2:18-cv-00381-RSM<br>(Consolidated with 2:18-CV-0535)<br><br>**MOTION TO WITHDRAW AS COUNSEL**<br><br>Note on Motion Calendar: June 23, 2023 |
| HYPERION ENTERTAINMENT CVBA,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counter-Defendants. | |



**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402

Counsel for Defendant Hyperion Entertainment C.V.B.A. ("Hyperion") requests that the Court grant this motion by the attorneys of Bamert Regan PLLC to withdraw from representation of Defendant Hyperion. Good cause exists for this withdrawal. Bamert Decl. ¶2. There are no more deadlines in this case, and final judgment has been entered. Accordingly, such withdrawal cannot impose a material adverse effect on the interests of Defendant Hyperion.

This motion has been served on opposing counsel by way of electronic filing. This motion has been provided to Defendant Hyperion by email, U.S. mail to both known mailing addresses, and U.S. mail to the mailing address of its director. Bamert Decl. ¶¶3–5, Exs. 1–3. This motion has also been provided to the Receiving Authority for Belgium with duplicate copies, duplicate translated copies, and a completed form USM-94 for service under the Hague Convention. Bamert Decl. ¶3, Ex. 1.

According to Belgium government public records, Defendant Hyperion has an address of Cantersteen 47, 1000 Bruxelles, Belgique. Bamert Decl. ¶4, Ex. 2. The telephone number for Defendant Hyperion's director is +32 3 502 59 39.

Defendant Hyperion has been advised that, as a business entity, it is required by law to be represented by an attorney admitted to practice before this court and that failure to obtain a replacement attorney by the date the withdrawal is effective may result in the dismissal of the business entity's claims for failure to prosecute and/or entry of default against the business entity as to any claims of other parties.

## CONCLUSION

For the reasons stated above, counsel for Defendant Hyperion respectfully requests this Court to grant this motion for such counsel to withdraw from representation here.

//



**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402

I certify that this memorandum contains 279 words, in compliance with the Local Civil Rules.

DATED this 3rd day of June, 2023.

BAMERT REGAN

s/ John J. Bamert
John J. Bamert, WSBA No. 48128
Bamert@BamertRegan.com
113 Cherry St., Unit 55215
Seattle, Washington 98104
T: 206.669.2402

s/ Kevin E. Regan
Kevin E. Regan, WSBA No. 44565
Regan@BamertRegan.com
113 Cherry St., Unit 55215
Seattle, Washington 98104
T: 206.601.5180

*Counsel for Defendant and Counterclaim Plaintiff, Hyperion Entertainment C.V.B.A.*