THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | 2:18-cv-00381-RSM<br>(Consolidated with 2:18-CV-0535)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| HYPERION ENTERTAINMENT CVBA,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counter-Defendants. | |



**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402

This matter came before the Court on the motion by counsel for Defendant Hyperion Entertainment C.V.B.A.'s ("Hyperion") to withdraw from representation of Defendant Hyperion. After considering the relevant record, Defendant's motion is granted. Counsel Kevin E. Regan, Esq. and John J. Bamert, Esq. are hereby relieved from representation of Defendant Hyperion in this case. Defendant Hyperion must obtain new counsel before its next deadline, if any, upon completion of appeal.

DATED this _____ day of _____, 2022.

______________________________

THE HONORABLE RICARDO S. MARTINEZ

*Presented by:*

*BAMERT REGAN*

s/John J. Bamert

John J. Bamert, WSBA No. 48128
Bamert@BamertRegan.com
206.669.2402
113 Cherry St, Unit 55215
Seattle, Washington 98104

*Counsel for Defendant and Counterclaim Plaintiff, Hyperion Entertainment C.V.B.A.*