THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>   Plaintiff,<br><br> v.<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>   Defendant. | 2:18-cv-00381-RSM<br>(Consolidated with 2:18-CV-0535)<br><br>**DECLARATION OF JOHN J. BAMERT, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |
| HYPERION ENTERTAINMENT CVBA,<br><br>   Counterclaim Plaintiff,<br><br> v.<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>   Counter-Defendants. | |

DECLARATION OF JOHN J. BAMERT - 1
Civil Action No. 2:18-cv-00381

**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402

I, John J. Bamert, hereby state and declare as follows:

1. I am one of the attorneys representing Defendant Hyperion Entertainment C.V.B.A. ("Hyperion") in the above-captioned matter. I make the following statements based on my personal knowledge or upon review of relevant documents. I submit this Declaration in support of the contemporaneously filed motion to withdraw as counsel. If called to testify regarding the matters set forth in this declaration, I am competent and willing to do so.

2. Good cause exists for this withdrawal under multiple subparts of RPC 1.16, which the undersigned will share with the Court *in camera* if the Court believes such information may be helpful.

3. Attached as Exhibit 1 to my declaration is a true and accurate copy of form USM-94 and its attachments, including translations, as mailed to the Receiving Authority for Belgium on June 3, 2023, for service on Hyperion under the Hague Convention (duplicates are omitted from this exhibit but have been mailed to the Receiving Authority). Such documents have also been mailed to Defendant Hyperion at the address Defendant Hyperion provided in its Complaint in this case, namely Avenue de Tervueren 34, Brussels, Belgium 1040. (Dkt. #1, ¶6) Such documents have also been mailed to Defendant Hyperion at the address shown in the Belgium public records, which are provided in Exhibit 2 to this declaration, namely Cantersteen 47, 1000 Bruxelles, Belgique. Such documents have also been mailed to Mr. Ben Hermans, who is the director and principal point of contact for Defendant Hyperion, at Amerikalei 79 bus 201, 2000 Antwerp, Belgium, as shown in Exhibit 3. Such documents have also been emailed to Mr. Ben Hermans, which has been the principal mode of communication.

DECLARATION OF JOHN J. BAMERT - 2
Civil Action No. 2:18-cv-00381

**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402

4. Attached as Exhibit 2 to my declaration are true and accurate screen prints of the public records of Belgium in both unofficial English and official German showing the address of Defendant Hyperion C.V.B.A.

5. Attached as Exhibit 3 to my declaration is a true and accurate screen print of the contact page of Mr. Ben Hermans's law firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

//

Executed on this 3rd day of June, 2023.

BAMERT REGAN

s/ John J. Bamert
John J. Bamert, WSBA No. 48128
Bamert@BamertRegan.com
113 Cherry St., Unit 55215
Seattle, Washington 98104
T: 206.669.2402

*Attorney for Defendant and Counterclaim Plaintiff, Hyperion Entertainment C.V.B.A.*

DECLARATION OF JOHN J. BAMERT - 3
Civil Action No. 2:18-cv-00381

**Bamert Regan**
113 Cherry St, Unit 55215
Seattle, WA 98104
BamertRegan.com
206.669.2402