# EXHIBIT 2

nl | fr | de | en                                                                                                              Other official information and services: www.belgium.be 

Home | News | Info Public Search | Info CBE | Disclaimer | Contact

| New search by number | New search by name | New search by activity | New search by authorisation | New search by address |
|---|---|---|---|---|

The English version of the Public Search application constitutes an unofficial English translation and is provided for information purposes only.
No legal rights can therefore be derived from this translation. For the official application, please consult the Dutch, French or German versions of the Public Search application.

## Registered entity data

### In general

| | |
|---|---|
| Enterprise number: | 0466.380.552 |
| Status: | **Active** |
| Legal situation: | **Normal situation** <br> Since April 2, 2015 |
| Start date: | June 29, 1999 |
| Name: | Hyperion Entertainment <br> Name in Dutch, since March 23, 2009 |
| Registered seat's address: | Cantersteen 47 <br> 1000 Bruxelles <br> Additional address information.: Silversquare Centraal <br> Since August 30, 2021 |
| Phone number: | No data included in CBE. |
| Fax: | No data included in CBE. |
| Email address: | No data included in CBE. |
| Web Address: | No data included in CBE. |
| Entity type: | Legal person |
| Legal form: | Cooperative society with limited liability [(1)] <br> Since March 31, 2009 |
| Number of establishment units (EU): | **1**　Information and activities for each establishment unit |

### Functions

| | | |
|---|---|---|
| Director | 0841.336.032 | Since February 2, 2021 |
| Permanent representative | Hermans , Ben  (0841.336.032) | Since February 2, 2021 |

### Entrepreneurial skill - Travelling- Fairground operator

Knowledge of basic management
Since June 19, 2015

### Characteristics

Subject to VAT
Since February 1, 2016

Enterprise subject to registration
Since November 1, 2018

### Authorisations

Knowledge of basic business management
Since June 19, 2015

### Version of the Nacebel codes for the VAT activities 2008[(2)]

VAT 2008  62.010  -  Computer programming activities
Since January 2, 2014

VAT 2008  62.020  -  Computer consultancy activities
Since January 2, 2014

VAT 2008  70.210  -  Public relations and communication activities
Since January 2, 2014

VAT 2008  70.220  -  Business and other management consultancy activities
Since January 2, 2014


Show the activities for NACEBEL codification version 2003.


**Financial information**

Capital                                                                                                               417.570,00 EUR

Annual assembly                                                                                                       June

End date financial year                                                                                               30 December


**Links between entities**

No data included in CBE.


**External links**

Publications in National Gazette
Publication of the annual accounts in the Central Balance Sheet Office
Database of statutes and powers of representation (notarial deeds)

(1)Since January 1, 2020, the term "Cooperative company with limited liability" must be understood as "Cooperative society"
when the company complies with the definition of cooperative society mentioned in article 6:1 of the Code of Companies and
Associations (CCA), and this while waiting the conformance of its statutes with the CCA.

(2)The EC-classification of the Nacebel codes has changed on 1/1/2008. Both the Nacebel codification of 2003 and 2008 are
available in Public Search. The 2003 codes were valid until 31/12/2007. On 1/1/2008, the new codification became valid. This was
a mere administrative conversion : no activities of the entity or establishment unit have thus been changed.

Back



FPS Economy, SMEs, Self-Employed and Energy.

Situation in the CBE database on 01/06/2023
Version: 11.0.4-3406-28/10/2022

nl | fr | de | en

Andere offizielle Informationen und Dienste: www.belgium.be 

Home | Neuigkeiten | Info Public Search | Info ZDU | Disclaimer | Kontakt

| Neue Suche nach Nummer | Neue Suche nach Namen | Neue Suche nach Tätigkeit | Neue Suche nach Zulassung | Neue Suche nach Adresse |

## Registrierte Einheitsdaten

### Algemeines

| | |
|---|---|
| Unternehmensnummer: | 0466.380.552 |
| Zustand: | **Active** |
| Rechtslage: | **gewöhnlicher Zustand**<br>Seit 2. April 2015 |
| Anfangsdatum: | 29. Juni 1999 |
| Name: | Hyperion Entertainment<br>Name in Niederländisch, seit dem 23. März 2009 |
| Adresse des Sitzes: | Cantersteen 47<br>1000 Bruxelles<br>Zusätzliche Adresseinformation: Silversquare Centraal<br>Seit 30. August 2021 |
| Telefonnummer: | keine Daten in der ZDU |
| Fax: | keine Daten in der ZDU |
| Email-Adresse: | keine Daten in der ZDU |
| Internet-Adresse: | keine Daten in der ZDU |
| Einheitsart: | Rechtsperson |
| Rechtsform: | Genossenschaft mit beschränkter Haftung (1)<br>Seit 31. März 2009 |
| Anzahl der Niederlassungseinheiten (NE): | 1  Information und Tätigkeiten für jede Niederlassungseinheit |

### Funktionen

| | | |
|---|---|---|
| Verwalter | 0841.336.032 | Seit 2. Februar 2021 |
| Ständiger Vertreter | Hermans , Ben (0841.336.032) | Seit 2. Februar 2021 |

### Unternehmerische Fähigkeiten - Wanderhandel - Jahrmarktsgewerbetreibender

Grundkenntnisse der Betriebsführung
Seit 19. Juni 2015

### Eigenschaften

MwSt-pflichtig
Seit 1. Februar 2016

Anmeldepflichtiges Unternehmen
Seit 1. November 2018

### Zulassungen

Grundkenntnisse der Betriebswirtschaft
Seit 19. Juni 2015

### 2008 Nacebel-Codes für mehrwertsteuerpflichtige Tätigkeiten(2)

Mehrwertsteuer 2008  62.010  -  Programmierungstätigkeiten
Seit 2. Januar 2014

Mehrwertsteuer 2008  62.020  -  Erbringung von Beratungsleistungen auf dem Gebiet der Informationstechnologie

Seit 2. Januar 2014

Mehrwertsteuer 2008  70.210  -  Public-Relations-Beratung
Seit 2. Januar 2014

Mehrwertsteuer 2008  70.220  -  Unternehmensberatung
Seit 2. Januar 2014

Nacebel-Codes Version 2003 anzeigen.

**Finanzdaten**

Kapital                                                                                                   417.570,00 EUR

Jahresversammlung                                                                                         Juni

Enddatum des Geschäftsjahres                                                                              30 Dezember

**Verbindungen zwischen Einheiten**

keine Daten in der ZDU

**Externe Links**

Bekanntmachung im Belgischen Staatsblatt
Bekanntmachung des Jahresabschlüsse der NBB
Datenbank der Statuten und Vertretungsbefugnisse (notarielle Urkunden)

[1] Seit dem 1. Januar 2020 muss der Begriff "Genossenschaft mit beschränkter Haftung" als "Genossenschaft" gelesen werden, wenn die Gesellschaft die Definition einer Genossenschaft gemäß Artikel 6:1 des Gesellschafts- und Vereinigungsgesetzbuch (GGV) erfüllt, bis die Satzung mit dem GGV in Einklang gebracht wurde.

[2] Am 01/1/2008 wurde die EG-Klassifikation der Nacebel-Codes geändert. Public Search zeigt die Tätigkeiten gemäß der bis zum 31/12/2007 gültigen Codes sowie die seit dem 01/01/2008 gültigen neuen Codes an . Diese Änderung ist eine reine Verwaltungsumstellung und ändert keineswegs die Tätigkeiten der Einheit oder der Niederlassungseinheit.

zurück



FÖD Wirtschaft, Mittelstand und Energie

Lage in der ZDU Datenbank am 02/06/2023
Version: 11.0.4-3406-28/10/2022