# EXHIBIT 3

info@artes.law

ANTWERP

Amerikalei 79 bus 201

2000 Antwerp

+32 3 502 59 39

HASSELT

Kempische steenweg 311 bus 2.10

3500 Hasselt

+32 11 41 57 46

BTW BE 0726.650.358

RPR Antwerp

NAME*

COMPANY

EMAIL*

PHONE*

SUBJECT

MESSAGE*

at is bigger, 5 or 7? (anti-spam quiz)*

) accept our privacy policy*      SEND



# Ben Hermans



## contact

ben.hermans@artes.law

Ben joined Artes in 2019 as partner in bringing with him 16 years of experience as IP-IT litigator and trusted advisor of both national and international clients. His work in the IT and Telecom sector ranges from the usual IT contract negotiation and drafting to providing hands-on advice and complex cross-border litigation related to aborted multi-million IT projects.

Since 2012 Ben Hermans has been recommended by the Legal 500 in the areas of Intellectual Property and Dispute Resolution. He has been ranked in the "Industry Focus: Information Technology & Telecoms" category since edition 2018.

His client base includes international IT powerhouse Comarch SA, Engie M2M (IoT network operator), the award winning Sparkcentral, Besix Stay as well as a number of large hospitals and fast-growing scale-ups like Daltix, Chili Publishing and Lawren.io. Clients particularly appreciate Ben's in-depth knowledge of software and technology and his very extensive and personal experience with US judicial procedures and US contract law (CA, NY, WA).

In addition to his Master degree in law, Ben holds a Master in International Relations (KUL), a Master degree in International and European Law (VUB), a LL.M in European law (KUL) and a Master degree in Intellectual Property Law.

Ben Hermans started his career in 1997 as a legal consultant for Belgian and New York based private equity funds with a strong focus on information and communication technology. During this period, he helped set up Telenet and assisted with 3 IPO's of IT companies on the Belgian stock-market. In 2003 Ben joined the Brussels Bar. He practised at Monard Law as an IP-ICT specialist in late 2003 where he became counsel in 2008 and a partner in 2013.

BACK

dr. Nele Somers

Next page