| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | MAR 13 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CLOANTO CORPORATION; et al., | No.   23-35315 |
| Plaintiffs-Appellants, | D.C. Nos.   2:18-cv-00381-RSM<br>2:18-cv-00535-RSM |
| v. | Western District of Washington, Seattle |
| HYPERION ENTERTAINMENT C.V.B.A., | ORDER |
| Defendant-Appellee. | |

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and the record and that oral argument would not significantly aid the decisional process. Therefore, this matter is ordered submitted on the briefs and the record without oral argument. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT