UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 07 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

CLOANTO CORPORATION; et al.,

        Plaintiffs - Appellants,

  v.

HYPERION ENTERTAINMENT
C.V.B.A.,

        Defendant - Appellee.

No. 23-35315

D.C. Nos. 2:18-cv-00381-RSM,
2:18-cv-00535-RSM

U.S. District Court for Western
Washington, Seattle

**MANDATE**

---

The judgment of this Court, entered June 12, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT