The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLOANTO CORPORATION, AMIGA, INC.,
ITEC, LLC and AMINO DEVELOPMENT
CORPORATION,

                Plaintiffs,

    - against -

HYPERION ENTERTAINMENT CVBA,

                Defendant.

HYPERION ENTERTAINMENT CVBA

                Counterclaim Plaintiff,

    - against -

CLOANTO CORPORATION, AMIGA, INC.,
ITEC, LLC and AMINO DEVELOPMENT
CORPORATION,

                Counterclaim
                Defendants.

Civil Action No.: 2:18-cv-00381-RSM
(consolidated with 2:18-cv-00535)

**Motion to Dismiss without
Prejudice**

Note on Motion Calendar:
May 29, 2026

Upon the Declaration of Gordon E. R. Troy, counsel for Cloanto Corporation

and Amiga Corporation (formerly C-A Acquisition Corp.), which declaration is filed

**GORDON E. R. TROY PC**
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640 / gtroy@webtm.com

herewith as Exhibit 1, and the facts and circumstances stated below, Plaintiff Cloanto Corporation hereby moves to dismiss this action without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(2):

On June 12, 2025, the Ninth Circuit found that "the district court erred by dismissing Cloanto's copyright claims for lack of standing" and remanded the claim "for the district court to proceed in evaluating these claims." (Dkt. 171.) On July 7, 2025, the Ninth Circuit's formal mandate was filed. (Dkt. 172.)

On March 31, 2026, the District Court issued a Minute Order directing the parties to file a Joint Status Report on the remaining issues of this case. This Motion and the Notice of Termination without Prejudice filed in C-A Acquisition Corp., et al. v. Hyperion Entertainment C.V.B.A., Case No. 2:19-cv-00683-RSM ("Hyperion II") are intended to respond to the Court's Order given Hyperion's current lack of representation by counsel.

On April 28, 2026, Amiga Corporation (formerly C-A Acquisition Corp.) and Cloanto Corporation executed an Agreement to Facilitate Settlement (the "Negotiation Agreement") with Hyperion Entertainment C.V.B.A. ("Hyperion"), a true and correct copy of which is filed herewith as Exhibit 2. Exhibit 3 is the DocuSign Execution Summary Page provided separately by DocuSign.

Pursuant to the Agreement,

I.     Hyperion acknowledged, accepted, and agreed, *inter alia*, to (A) the assignment of the 2009 Settlement Agreement by Amiga, Inc. to Amiga Corporation and Cloanto (Section 2.a), and (B) Cloanto's assignment of the Software at issue in this action to Amiga Corporation (Ex. 2, ¶ 2.b);

II.    The Parties agreed, *inter alia*: (A) to move in this Court to dismiss without prejudice all of their claims and counterclaims in this action and Hyperion II pending negotiations to reach an agreement to

Motion to Dismiss pursuant to Fed. R. Civ. Pro 42(2)
Case No. 2:18-cv-00381
Page | 2

**GORDON E. R. TROY PC**
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640 / gtroy@webtm.com

supersede the 2009 Settlement Agreement (Ex. 2, ¶ 3.a); (B) to negotiate in good faith to settle their disputes, including the termination of any obligation to litigate future disputes in this Court (Ex. 2, ¶ 3.c.); (C) all applicable statutes of limitations relating to the parties' surviving claims and counterclaims asserted in this action shall be deemed to be tolled from the date of filing of the Second Amended Complaint until the earlier of September 30, 2026, or commencement of litigation (Ex. 2, ¶ 4).

The parties are actively engaged in negotiations to settle their differences and controversies. However, Hyperion is not currently represented by U.S. counsel and does not plan to retain counsel unless litigation re-commences. Cloanto therefore moves this Court to recognize the terms of the Negotiation Agreement relevant to this action, order the dismissal of this action without prejudice and on the basis of tolling of claims as stated in the "Agreement to Facilitate Settlement" (Ex. 2).

On June 28, 2023, the Court granted the Motion by Hyperion's then-counsel to withdraw (Dkt. 168). Pursuant to that Order, defense counsel was directed to send a copy of the Order and any further correspondence to Hyperion to Ben Hermans at ben.hermans@artes.law, and two different postal addresses for Hyperion. However, according to information available to Cloanto's counsel, Ben Hermans is no longer associated either with Hyperion or Artes Law, and Hyperion's Director since December 18, 2024, is Timothy De Groote, signatory of the "Agreement to Facilitate Settlement", with whom Cloanto's counsel has been in direct contact via his email address, timdg@hyperion-entertainment.com, as shown in Exhibit 3. Exhibit 4, filed herewith, is a screen capture of the corporate registration record for Hyperion Entertainment from the Belgian Crossroads Bank for

Motion to Dismiss pursuant to Fed. R. Civ. Pro 42(2)
Case No. 2:18-cv-00381
 Page | 3

**GORDON E. R. TROY PC**
183 Highfield Drive
 West Windsor, VT 05089
 (802) 881-0640 / gtroy@webtm.com

Enterprises showing that Mr. De Groote is Director since December 18, 2024. The corporate registration record also shows the current address of Hyperion Entertainment as Cantersteen 47, Silversquare Centraal, 1000 Brussels, Belgium. Upon filing of this Motion and the exhibits hereto, counsel for Cloanto will send a copy of this Motion and exhibits to Mr. De Groote at his email address timdg@hyperion-entertainment.com as verified in the DocuSign document.

Respectfully submitted this 30th day of April, 2026,

By /s/ Gordon E. R. Troy
  Gordon E. R. Troy
  *Pro Hac Vice*
  Gordon E. R. Troy, PC
  183 Highfield Drive
  West Windsor, VT 05089
  Tel. (802) 881-0640
  gtroy@webtm.com

By /s/ Michael G. Atkins
  Michael G. Atkins, WSBA# 26026
  Atkins Intellectual Property, PLLC
  113 Cherry Street #18483
  Seattle, WA 98104-2205
  Tel (206) 628-0983
  Fax (206) 299-3701
  mike@atkinsip.com

Motion to Dismiss pursuant to Fed. R. Civ. Pro 42(2)
Case No. 2:18-cv-00381
Page | 4

**GORDON E. R. TROY PC**
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640 / gtroy@webtm.com