The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant.<br><br>HYPERION ENTERTAINMENT CVBA<br><br>Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counterclaim Defendants. | Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535) |

I, Gordon E. R. Troy, declare under penalty of perjury pursuant to 28 U.S. Code § 1746 as follows:

Declaration of Gordon E. R. Troy
Case No. 2:18-cv-00381
Page | 1

**GORDON E. R. TROY PC**
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640/gtroy@webtm.com

1. I am one of the attorneys of record for Plaintiffs in this action and make this declaration based on my personal knowledge, except where I have indicated otherwise. If called as a witness, I would testify competently and truthfully to these matters.

2. The Motion to Dismiss filed in this action and the Notice of Termination without Prejudice filed in C-A Acquisition Corp., et al. v. Hyperion Entertainment C.V.B.A., Case No. 2:19-cv-00683-RSM, have been filed in lieu of a Joint Status Report in light of the fact that Hyperion Entertainment C.V.B.A. ("Hyperion") has chosen not to retain counsel to appear.

3. I am fully familiar with the Agreement to Facilitate Settlement (the "Agreement") that was entered into between Hyperion, on the one hand, and Cloanto Corporation and Amiga Corporation (formerly C-A Acquisition Corp.), as my office prepared that agreement on instruction from our clients.

4. In the process of drafting the Agreement, my office was also in touch with Hyperion's director, Timothy De Groote, who informed us that Hyperion did not wish to retain counsel, and asked that my clients file the necessary papers. Mr. De Groote affirmed that Ben Hermans was no longer associated with Hyperion or with Artes Law, that Mr. De Groote was the Director of Hyperion, that he shared the Agreement with Hyperion's other shareholders prior to signing the Agreement, and that he had the full corporate power to enter into the Agreement on behalf of Hyperion. Further, he asked that we provide him with electronic copies of the filed documents.

5. Exhibits 2 and 3, respectively, are true and correct copies of the Agreement to Facilitate Settlement and the DocuSign Execution Summary Page.

6. Exhibit 4 is a screen capture made by my office of the current corporate registration information on the Belgian registry, the Crossroads Bank for

Declaration of Gordon E. R. Troy
Case No. 2:18-cv-00381
Page | 2

**GORDON E. R. TROY PC**
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640/gtroy@webtm.com

Enterprises (CBE). It states that Mr. De Groote has been Director of Hyperion Entertainment since December 18, 2024.

I hereby state under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of April, 2026.

_____
Gordon E. R. Troy, Esq.

**GORDON E. R. TROY PC**
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640/gtroy@webtm.com