**Docusign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 6E7EA10A-E04B-89A5-803D-E012E1C49989 | | Status: Completed |
| Subject: Complete with Docusign: Agreement to Facilitate Settlement.pdf | | |
| Source Envelope: | | |
| Document Pages: 4 | Signatures: 3 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | Mike Battilana |
| AutoNav: Enabled | | mike@amiga.com |
| EnvelopeId Stamping: Enabled | | IP Address: 138.91.188.248 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Mike Battilana | Location: DocuSign |
|     4/27/2026 7:38:28 PM |     mike@amiga.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Mike Battilana<br>mike@amiga.com<br>President<br>Cloanto Corporation<br>Security Level: Email, Account Authentication (None) | **DocuSigned by:**<br>39E8CC4FB36E462...<br><br>Signature Adoption: Uploaded Signature Image<br>Using IP Address: 138.91.188.248 | Sent: 4/27/2026 7:54:05 PM<br>Viewed: 4/27/2026 7:54:39 PM<br>Signed: 4/27/2026 7:56:08 PM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via Docusign | | |
| Mike Battilana<br>m@cloanto.com<br>President<br>Security Level: Email, Account Authentication (None) | **Signed by:**<br>1F6CF36B00794E9...<br><br>Signature Adoption: Uploaded Signature Image<br>Using IP Address: 88.32.34.43 | Sent: 4/27/2026 7:56:09 PM<br>Viewed: 4/27/2026 7:57:39 PM<br>Signed: 4/27/2026 7:58:54 PM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via Docusign | | |
| Timothy De Groote<br>timdg@hyperion-entertainment.com<br>Managing Director<br>Security Level: Email, Account Authentication (None) | **Ondertekend door:**<br>Timothy De Groote<br>CB54509994C7430...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 178.51.29.236 | Sent: 4/27/2026 7:58:55 PM<br>Viewed: 4/28/2026 1:53:16 AM<br>Signed: 4/28/2026 1:59:25 AM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via Docusign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

**Docusign**

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Lawrence Stanley<br>lstanley@webtm.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via Docusign | COPIED | Sent: 4/28/2026 1:59:26 AM<br>Viewed: 4/28/2026 4:44:28 AM |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/27/2026 7:54:05 PM |
| Certified Delivered | Security Checked | 4/28/2026 1:53:16 AM |
| Signing Complete | Security Checked | 4/28/2026 1:59:25 AM |
| Completed | Security Checked | 4/28/2026 1:59:26 AM |

| Payment Events | Status | Timestamps |
|---|---|---|