29-04-2026        https://kbopub.economie.fgov.be/kbopub/toonondernemingps.html?lang=en&ondernemingsnummer=466380552

nl | fr | de | **en**

Other official information and services: www.belgium.be **.be**

## CBE
Crossroads Bank for Enterprises

# Public Search

Home | News | Info Public Search | Info CBE | Disclaimer | Contact

| New search by number | New search by name | New search by activity | New search by authorisation | New search by address | |

The English version of the Public Search application constitutes an unofficial English translation and is provided for information purposes only.
No legal rights can therefore be derived from this translation. For the official application, please consult the Dutch, French or German versions of the Public Search application.

**Registered entity data**

### In general

| | |
|---|---|
| Enterprise number: | 0466.380.552 |
| Status: | **Active** |
| Legal situation: | **Normal situation** <br> Since April 2, 2015 |
| Start date: | June 29, 1999 |
| Name: | Hyperion Entertainment <br> Name in Dutch, since March 23, 2009 |
| Registered seat's address: | Cantersteen 47 <br> 1000 Bruxelles <br> Additional address information.: Silversquare Centraal <br> Since August 30, 2021 |
| Phone number: | No data included in CBE. |
| Fax: | No data included in CBE. |
| Email address: | No data included in CBE. |
| Web Address: | No data included in CBE. |
| Entity type: | Legal person |
| Legal form: | Cooperative society with limited liability [1] <br> Since March 31, 2009 |
| Number of establishment units (EU): | 1 Information and activities for each establishment unit |

### Functions

| Director | De Groote , Timothy | Since December 18, 2024 |
|---|---|---|

### Entrepreneurial skill - Travelling- Fairground operator

No data included in CBE.

### Characteristics

Subject to VAT
Since May 1, 2025

Enterprise subject to registration
Since November 1, 2018

### Authorisations

No data included in CBE.

### Financial information

| | |
|---|---|
| Annual assembly | June |
| End date financial year | 30 December |

## Links between entities

No data included in CBE.

## Activities

No data included in CBE.

## External links

Publications in National Gazette ⤷
Publication of the annual accounts in the Central Balance Sheet Office ⤷
Database of statutes and powers of representation (notarial deeds) ⤷

Check withholding obligation ⤷

Central Register of Director Disqualifications - log in ⤷

[1]In accordance with the law of 23 March 2019 on the introduction of the companies and associations Code and containing various provisions (la loi du 23 mars 2019 introduisant le Code des sociétés et des associations et portant des dispositions diverses), a cooperative society with limited liability has, since 1 January 2024, been transformed by operation of law into a cooperative society if the company meets the definition of a cooperative society set out in article 6:1 of the aforementioned Code. If not, it is transformed by operation of law into a private limited company.

To top  Back



FPS Economy, SMEs, Self-Employed and Energy.

Situation in the CBE database on 29/04/2026
Version: 18.0.4-7fbc9778-on-13_02_2026-at-14_56_09-13/02/2026