The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,

Plaintiffs,

- against -

HYPERION ENTERTAINMENT CVBA,

Defendant.

Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535)

HYPERION ENTERTAINMENT CVBA

Counterclaim Plaintiff,

- against -

CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,

Counterclaim Defendants.

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2026, I electronically filed the foregoing Motion to Dismiss without Prejudice with the Clerk of the Court using the

[Document Name]
Case No. 2:18-cv-00381
Page | 1

**GORDON E. R. TROY PC**
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640/gtroy@webtm.com

CM/ECF system. Upon filing, I will send notification of such filing to Timothy De Groote at timdg@hyperion-entertainment.com.

By /s/ Gordon E. R. Troy
Gordon E. R. Troy
*Pro Hac Vice*
Gordon E. R. Troy, PC
183 Highfield Drive
West Windsor, VT 05089
Tel. (802) 881-0640
gtroy@webtm.com

[Document Name]
Case No. 2:18-cv-00381
Page | 2

GORDON E. R. TROY PC
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640/gtroy@webtm.com