The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535)<br><br>**Plaintiffs' Motion to Dismiss with Prejudice Based on Parties' Settlement and Notice to Withdraw Pending Motion**<br><br>Note on Motion Calendar: August 3, 2026 |
| HYPERION ENTERTAINMENT CVBA<br><br>Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counterclaim Defendants. | |

Upon the Declaration of Gordon E. R. Troy, counsel for Cloanto Corporation and Amiga Corporation (formerly C-A Acquisition Corp.), which declaration is filed



GORDON E. R. TROY PC
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640 / gtroy@webtm.com

herewith as Exhibit 1, and the facts and circumstances stated below, Plaintiff Cloanto Corporation ("Cloanto") hereby moves this Court to dismiss this action (the "Action") with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(2) and based on the parties' recent settlement agreement referenced below, with each party bearing its own costs, expenses and attorneys' fees.

As the Court has not ruled on Cloanto's previous Motion to Dismiss without Prejudice (Dkt. #174), Cloanto hereby withdraws that motion in favor of the present motion pursuant to Local Rule 7(1).

**Statement of Facts**

1. On May 2, 2023, the Court entered judgment dismissing Plaintiffs' claims in their entirety. (Dkt. #159.)

2. On June 12, 2025, the United States Court of Appeals for the Ninth Circuit issued a Memorandum decision (Dkt. #171) which (a) reversed the dismissal of Cloanto's copyright claims, (b) remanded those claims to this Court, and (c) affirmed the District Court's finding that Cloanto lacked standing to sue for breach of the Settlement Agreement entered into as of September 30, 2009, by and between Amiga, Inc., Itec, LLC, Amino Development Corporation, and Hyperion (Dkt. #1-1) (the "2009 Settlement Agreement").

3. The Mandate issued July 7, 2025 (Dkt. #172).

4. On March 15, 2026, Cloanto, Amiga Corporation, and Hyperion Entertainment BV (formerly Hyperion Entertainment CVBA, hereinafter "Hyperion") entered into the "Agreement to Facilitate Settlement" (Dkt. #174-2, the "Facilitation Agreement") whereby (a) Hyperion approved the 2019 assignment of the 2009 Settlement Agreement by Amiga, Inc. (acting on behalf of itself, Itec, LLC, and Amino Development Corporation) to Amiga Corporation (formerly C-A Acquisition Corp.); (b) Cloanto transferred certain intellectual property to Amiga



GORDON E. R. TROY PC
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640 / gtroy@webtm.com

Corporation; and (c) pursuant to Section 3.c, the Parties agreed to negotiate "to settle their disputes and to cease all litigation between them…," thereby contemplating, among other things, dismissal with prejudice of all claims pending in this Court.

5. Amiga Corporation and Hyperion entered into a settlement agreement dated June 5, 2026 (the "2026 Settlement Agreement"), which was fully signed by the parties July 17, 2026, a copy of which is filed herewith as Exhibit 2.

6. Pursuant to Section 9.a of the 2026 Settlement Agreement, the parties agreed that:

> Promptly following execution of this Agreement, Amiga shall advise the United States District Court, Western District of Washington, that the Parties have agreed to the termination of all litigation in said Court.

7. Amiga Corporation and Hyperion also: (a) released each other and the other's "Related Persons" (which, in the case of Amiga Corporation, includes Cloanto) from all claims and liabilities up to June 5, 2026 (Section 14); (b) set out a regime of arbitration to take place in Belgium under Belgian law in the event of any future dispute (Sections 11 and 16.h); and (c) agreed that the 2009 Settlement Agreement is no longer in force (Section 16.g).

8. Hyperion has no pending counterclaims in this Action. See, Order Dismissing Hyperion's Counterclaims (Dkt. #155) ("Hyperion's counterclaims are therefore DISMISSED with prejudice and without an award of costs or fees to any party with respect to those counterclaims.")

9. On June 28, 2023, the Court granted the Motion by Hyperion's then-counsel to withdraw (Dkt. #168). Pursuant to that Order, Hyperion's then-counsel was directed to send a copy of the Order and any further correspondence to Hyperion to Ben Hermans at ben.hermans@artes.law, and to two different postal



GORDON E. R. TROY PC
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640 / gtroy@webtm.com

addresses for Hyperion. However, according to information available to Cloanto's counsel, Ben Hermans is no longer associated with Hyperion, and Hyperion's Director is Timothy De Groote. (Dkt. #174-1, ¶¶ 4, 6; Dkt. # 174-4.) Counsel for Cloanto has been in direct contact with Mr. De Groote via his email address, timdg@hyperion-entertainment.com, and his WhatsApp account. See, Ex. 1, Declaration of Gordon E. R. Troy ("Troy Decl.") ¶ 4.

10. Hyperion is not presently represented by counsel in this proceeding. Counsel for Cloanto has been informed by Mr. De Groote that Hyperion does not plan to retain counsel in connection with this Motion. However, Mr. De Groote, has reviewed this Motion prior to filing with the Court and, as stated in his email filed herewith as Exhibit 3, agrees with the intended outcome of this Motion. *Id.* ¶ 4. Further, upon filing this Motion and exhibits hereto, counsel for Cloanto will transmit copies thereof to Mr. De Groote at his email address timdg@hyperion-entertainment.com. *Id.* ¶ 5.

**Relief Sought**

Based on the above facts, Cloanto hereby moves for dismissal of this Action with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(2), with each party bearing its own costs, expenses, and attorneys' fees.



**GORDON E. R. TROY PC**
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640 / gtroy@webtm.com

Respectfully submitted this 31st day of July, 2026.

By /s/ Gordon E. R. Troy
Gordon E. R. Troy
*Pro Hac Vice*
Gordon E. R. Troy, PC
183 Highfield Drive
West Windsor, VT 05089
Tel. (802) 881-0640
gtroy@webtm.com

By /s/ Michael G. Atkins
Michael G. Atkins, WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel (206) 628-0983
mike@atkinsip.com