The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535) |
| HYPERION ENTERTAINMENT CVBA<br><br>Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counterclaim Defendants. | **Declaration of Gordon E. R. Troy in Support of Plaintiffs' Motion to Dismiss with Prejudice**<br><br>Note on Motion Calendar: August 3, 2026 |

I, Gordon E. R. Troy, declare under penalty of perjury pursuant to 28 U.S. Code § 1746 as follows:



GORDON E. R. TROY PC
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640/gtroy@webtm.com

1. I am one of the attorneys of record for Plaintiffs in this action and make this declaration based on my personal knowledge, except where I have indicated otherwise. If called as a witness, I would testify competently and truthfully to these matters.

2. The Motion to Dismiss filed in this action and the Notice of Termination with Prejudice filed in C-A Acquisition Corp., et al. v. Hyperion Entertainment C.V.B.A., Case No. 2:19-cv-00683-RSM, have been filed pursuant to the Agreement to Facilitate Settlement entered into by Cloanto Corporation (hereinafter "Cloanto"), Amiga Corporation, and Hyperion Entertainment CVBA (Dkt. #174-2), and the Settlement Agreement entered into by Amiga Corporation and Hyperion Entertainment BV (formerly Hyperion Entertainment CVBA) ("Hyperion") as of June 5, 2026, which is filed herewith as Exhibit 2 to the Motion.

3. At the request of both Amiga Corporation and Hyperion, Exhibit 2 has been filed with redactions of the sensitive financial information contained in Sections 4.c.i through 4.c.iii made, but Exhibit 2 is otherwise a true and correct copy of the document. Should the Court require an unredacted copy, counsel will make it available.

4. In connection with this Motion, my office has been in regular contact with Hyperion's Director, Timothy de Groote, via his email address, timdg@hyperion-entertainment.com, and his WhatsApp account. Mr. De Groote confirmed in an email of July 31, 2026, filed herewith as Exhibit 3 to the Motion, that he has reviewed the Motion, that Hyperion does not intend to appear in connection with it, and that Hyperion is in agreement with the Motion's intended outcome of dismissal with prejudice. Exhibit 3 is a true and correct copy of that email.

5. Upon filing this Motion and exhibits, counsel for Cloanto will transmit



**GORDON E. R. TROY PC**
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640/gtroy@webtm.com

copies thereof to Mr. De Groote at his email address timdg@hyperion-entertainment.com.

I hereby state under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of August, 2026.

/s/ Gordon E. R. Troy

Gordon E. R. Troy, Esq.



**GORDON E. R. TROY PC**
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640/gtroy@webtm.com