Gordon Troy <gtroy@webtm.com>

# Motion to Dismiss with prejudice

1 message

**Timothy De Groote** <timdg@hyperion-entertainment.com>
To: gtroy@webtm.com
Cc: lstanley@webtm.com, Mike Battilana <mike@amiga.com>

Fri, Jul 31, 2026 at 4:25 AM

Dear Gordon,

Thank you for sending me the Motion to Dismiss before you file it.
I read it and agree with its contents.
I wanted to reiterate my decision that since Hyperion is not currently represented by a lawyer who practices in the Western District of Washington, Hyperion does not intend to to hire one now just to make an appearance on the Motion to Dismiss.
Dismissing the case with prejudice is what Hyperion agreed to with Amiga Corporation, so we are in agreement.

Attached is the motion and the redacted (in whitespaces) Settlement Agreement.

Kind Regards,

--
Timothy De Groote
Director of Hyperion Entertainment
Home of AmigaOS

Website: https://www.hyperion-entertainment.com/
Facebook: https://www.facebook.com/HyperionEntertainment
BlueSky: https://bsky.app/profile/hyperionentertain.bsky.social

**2 attachments**

**Motion to Dismiss with Prejudice under FRCP 41(a)(2)-v03.docx**
43K

**Settlement Agreement-20260716-1-Redacted.pdf**
241K