The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535) |
| HYPERION ENTERTAINMENT CVBA<br><br>Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counterclaim Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE**<br><br>Note on Motion Calendar: August 3, 2026 |

This matter came before the Court on Plaintiffs' Motion to Dismiss with Prejudice (the "Motion"). The Court hereby GRANTS the Motion and dismisses this



GORDON E. R. TROY PC
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640/gtroy@webtm.com

matter with prejudice and without an award of costs or fees to any party.

IT IS SO ORDERED this ____ day of _________, 2026.

________________________________
The Hon. Ricardo S. Martinez

Presented by:

Gordon E. R. Troy
Pro Hac Vice
Gordon E. R. Troy, PC
183 Highfield Drive
West Windsor, VT 05089
Tel. (802) 881-0640
gtroy@webtm.com

Michael G. Atkins, WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel. (206) 628-0983
mike@atkinsip.com

Attorneys for Plaintiffs and Counterclaim Defendants