The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535)<br><br>CERTIFICATE OF SERVICE |
| HYPERION ENTERTAINMENT CVBA<br><br>Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counterclaim Defendants. | |

I hereby certify that on the 3rd day of August, 2026, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:



**GORDON E. R. TROY PC**
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640/gtroy@webtm.com

- Motion to Dismiss with Prejudice under FRCP 41(a)(2)
- Ex. 1 - Declaration of Gordon E. R. Troy in Support of Motion
- Ex. 2 - Settlement Agreement-20260716-1-Redacted
- Ex. 3 - 20260731-Email from Timothy De Groote
- [PROPOSED] Order Granting Motion to Dismiss with Prejudice

Upon filing, I will send notification of such filing, together with the documents as filed, to Timothy De Groote at timdg@hyperion-entertainment.com.

By /s/ Gordon E. R. Troy
Gordon E. R. Troy
*Pro Hac Vice*
Gordon E. R. Troy, PC
183 Highfield Drive
West Windsor, VT 05089
Tel. (802) 881-0640
gtroy@webtm.com