The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant. | Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535) |
| HYPERION ENTERTAINMENT CVBA<br><br>Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counterclaim Defendants. | **PLAINTIFFS' MOTION FOR WITHDRAWAL OF FUNDS DEPOSITED IN THE COURT REGISTRY**<br><br>Note on Motion Calendar: August 24, 2026 |

Plaintiffs, by and through their attorneys, as and for their Motion for Withdrawal of Funds previously deposited into the Registry of the Court, state as



**GORDON E. R. TROY PC**
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640 / gtroy@webtm.com

follows:

**A. Relief Requested.**

Pursuant to 28 U.S. Code § 2042 and LCR 67(b), Plaintiffs Cloanto Corporation, Amiga, Inc., ITEC, LLC, and Amino Development Corporation move this Court to issue an Order authorizing and directing the clerk to draw a check on the funds deposited in the registry of this Court in the principal amount of $2,471.36 plus all accrued interest, less only the statutory registry assessment, payable to Gordon E. R. Troy P.C. IOLTA Account, and to mail the check to Gordon E. R. Troy PC address at 183 Highfield Drive, West Windsor, VT 05089.

**B. Statement of Facts.**

On May 3, 2023, the clerk taxed costs against Plaintiffs and in favor of Hyperion in the amount of $1,838.10 (Dkt. #160).

On June 28, 2023, the Court granted "Plaintiffs' Motion for Payment of Costs to Court to Stay Enforcement of Award of Costs Pending Appeal," approving payment to the Court of $2,471.36 to stay enforcement of the award of costs pending their appeal to the United States Court of Appeals for the Ninth Circuit. The amount is based on an award of costs in the amount of $1,838.10, plus $133.26 (18 months of interest at the constant rate of interest of 4.83% per annum), plus $500 (for taxable costs on appeal) (Dkt. #167).

On July 21, 2023, in order to stay enforcement of the Cost Award pending appeal, Plaintiffs deposited $2,471.36 into the Court registry (Dkt. #169).

On June 12, 2025, the United States Court of Appeals for the Ninth Circuit issued a Memorandum decision (Dkt. #171) which, *inter alia*, reversed the dismissal of Cloanto Corporation's copyright claims and remanded those claims to this Court.

**C. Authority.**

28 U.S. Code § 2042 and LCR 67(b) provide that no money deposited in the



GORDON E. R. TROY PC
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640 / gtroy@webtm.com

Court Registry shall be withdrawn except by order of the court. In this case, Plaintiffs deposited the amount of $2,471.36, representing $1,838.10, the full amount of the costs taxed by the clerk, plus $133.26, representing interest on the award at the rate of 4.83% for a period of 18 months, and the sum of $500 for potentially taxable costs on appeal.

Plaintiffs prevailed in their appeal to the United States Court of Appeals for the Ninth Circuit and the return of those monies to Plaintiffs is not in dispute. This Motion is unopposed.

**D. Conclusion.**

For the reasons stated above, Plaintiffs respectfully move the Court to issue an Order authorizing and directing the clerk to draw a check on the funds deposited in the Registry of this Court in the principal amount of $2,471.36, plus all accrued interest, less only the statutory registry assessment, payable to "Gordon E. R. Troy PC IOLTA Account," and mail or deliver the check to Gordon E. R. Troy PC at its address, 183 Highfield Drive, West Windsor, VT 05089.

The W-9 form for Gordon E. R. Troy PC will be emailed to the Clerk's Office Finance Department at seafin@wawd.uscourts.gov. Once the Motion has been filed, a copy as filed will be sent to Hyperion Entertainment BV's Director, Timothy De Groote, at his email address timdg@hyperion-entertainment.com.

DATED this 3rd day of August 2026.

By /s/ Gordon E. R. Troy
Gordon E. R. Troy
*Pro Hac Vice*
Gordon E. R. Troy, PC
183 Highfield Drive
West Windsor, VT 05089
Tel. (802) 881-0640
gtroy@webtm.com

By /s/ Michael G. Atkins
Michael G. Atkins, WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel (206) 628-0983
Fax (206) 299-3701
mike@atkinsip.com