The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,

Plaintiffs,

- against -

HYPERION ENTERTAINMENT CVBA,

Defendant.

HYPERION ENTERTAINMENT CVBA

Counterclaim Plaintiff,

- against -

CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,

Counterclaim Defendants.

Civil Action No.: 2:18-cv-00381-RSM
(consolidated with 2:18-cv-00535)

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR WITHDRAWAL OF FUNDS DEPOSITED IN THE COURT REGISTRY**

NOTE ON MOTION CALENDAR:
August 3, 2026

This matter came before the Court on Plaintiffs' Motion for Withdrawal of Funds Deposited in the Court Registry (the "Motion"). The Court hereby GRANTS



GORDON E. R. TROY PC
183 Highfield Drive
West Windsor, VT 05089
(802) 881-0640/gtroy@webtm.com

the Motion and authorizes and directs the clerk to draw a check on the funds deposited in the Registry of this Court in the principal amount of $2,471.36, plus all accrued interest, less only the statutory registry assessment, payable to "Gordon E. R. Troy PC IOLTA Account," and mail or deliver the check to Gordon E. R. Troy PC's address at 183 Highfield Drive, West Windsor, VT 05089.

IT IS SO ORDERED this ____ day of _________, 2026.

______________________________
The Hon. Ricardo S. Martinez

Presented by:

Gordon E. R. Troy
Pro Hac Vice
Gordon E. R. Troy, PC
183 Highfield Drive
West Windsor, VT 05089
Tel. (802) 881-0640
gtroy@webtm.com

Michael G. Atkins, WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Tel. (206) 628-0983
mike@atkinsip.com

Attorneys for Plaintiffs and Counterclaim Defendants