UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>- against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>Defendant.<br><br>HYPERION ENTERTAINMENT CVBA<br><br>Counterclaim Plaintiff,<br><br>- against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>Counterclaim Defendants. | Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR WITHDRAWAL OF FUNDS DEPOSITED IN THE COURT REGISTRY** |

This matter came before the Court on Plaintiffs' Motion for Withdrawal of Funds Deposited in the Court Registry (the "Motion"). The Court hereby GRANTS

the Motion and authorizes and directs the clerk to draw a check on the funds deposited in the Registry of this Court in the principal amount of $2,471.36, plus all accrued interest, less only the statutory registry assessment, payable to "Gordon E. R. Troy PC IOLTA Account," and mail or deliver the check to Gordon E. R. Troy PC's address at 183 Highfield Drive, West Windsor, VT 05089.

IT IS SO ORDERED this 11th day of August, 2026.

Hon. Ricardo S. Martinez
United States District Judge