UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>        Plaintiffs,<br><br>  - against -<br><br>HYPERION ENTERTAINMENT CVBA,<br><br>        Defendant. | Civil Action No.: 2:18-cv-00381-RSM (consolidated with 2:18-cv-00535) |
| HYPERION ENTERTAINMENT CVBA<br><br>        Counterclaim Plaintiff,<br><br>  - against -<br><br>CLOANTO CORPORATION, AMIGA, INC., ITEC, LLC and AMINO DEVELOPMENT CORPORATION,<br><br>        Counterclaim Defendants. | **ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE** |

This matter came before the Court on Plaintiffs' Motion to Dismiss with Prejudice (the "Motion"), Dkt. #175, based on the parties settlement agreement, and

withdrawing Plaintiffs' previous Motion to Dismiss, Dkt. #174. The Court hereby GRANTS the Motion and dismisses this matter with prejudice and without an award of costs or fees to any party.

IT IS SO ORDERED this 11th day of August, 2026.

_____
Hon. Ricardo S. Martinez
United States District Judge

Order Granting Motion to Dismiss with Prejudice
Case No. 2:18-cv-00381
Page | 2